FILED

1  Brenton R. Babcock (SBN 162,120)
   *Brent.Babcock@kmob.com*
2  Paul N. Conover (SNB 192,358)
   *Paul.Conover@kmob.com*
3  Amy C. Chun (SBN 204,052)
   *Amy.Chun@kmob.com*
4  Kent Shum (SBN 259,189)
   *Kent.Shum@kmob.com*
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
6  Fourteenth Floor
   Irvine, CA 92614
7  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
8
   Attorneys for Plaintiff
9  SIMPLEHUMAN, LLC

2009 FEB 26 PM 1:42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

10

11

12             IN THE UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15  SIMPLEHUMAN, LLC,                      )  Civil Action No.
       a California limited liability company, )
16                                          )  CV09-1373
17           Plaintiff,                     )
                                            )
18           v.                             )  COMPLAINT FOR PATENT
                                            )  INFRINGEMENT
19  CUISINART CORPORATION, a               )
    Delaware corporation, LIFETIME         )
20  BRANDS, INC., a Delaware corporation,  )  DEMAND FOR JURY TRIAL
    and M. KAMENSTEIN, INC., a New         )
21  York corporation,                      )
                                            )
22           Defendants.                    )
                                            )
23  _____ )

24

25

26

27

28

Plaintiff Simplehuman, LLC ("Simplehuman"), for its Complaint against Defendants Cuisinart Corporation ("Cuisinart"), Lifetime Brands, Inc. ("Lifetime Brands"), and M. Kamenstein, Inc. ("M. Kamenstein"), alleges as follows:

## PARTIES

1.    Plaintiff Simplehuman is a California Limited Liability Company having a principal place of business at 19801 S. Vermont Avenue, Torrance, California 90502.

2.    Simplehuman manufactures trash cans and sells and distributes them throughout the United States and in other countries, including in this Judicial District.

3.    Upon information and belief, Defendant Cuisinart is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at 1 Cummings Point Road, Stamford, Connecticut 06902.

4.    Upon information and belief, Defendant Lifetime Brands is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at 1000 Stewart Avenue, Garden City, New York 11530.

5.    Upon information and belief, Defendant M. Kamenstein is a corporation organized and existing under the laws of the state of New York, having a principal place of business at 565 Taxter Road, Elmsford, New York 10523.

## JURISDICTION AND VENUE

6.    This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 100, *et seq*.

7.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

8.   Upon information and belief, Cuisinart conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

9.   Upon information and belief, Lifetime Brands conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

10.   Upon information and belief, M. Kamenstein conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

11.   This Court has personal jurisdiction over Defendants by virtue of their systematic and continuous contacts with California and by virtue of their actions in California, including in this Judicial District, constituting infringement of the patents in suit.

12.   Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b), (c) and 1400(b), and by Plaintiff's choice of venue.

**FIRST CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 7,077,283**

13.   Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-12 above.

14.   On July 18, 2006, U.S. Patent No. 7,077,283 ("the '283 Patent"), entitled "Trash Can Assembly," was duly and legally issued by the United States Patent and Trademark Office.  Simplehuman is the owner by assignment of all right and title, both legal and equitable, to the '283 Patent, and has been the owner of the '283 Patent since the date of its issuance.  A copy of the '283 Patent is attached hereto as Exhibit 1.

15.   Plaintiff has provided proper and sufficient notice to the public that its products are patented under the '283 Patent by marking its products with the patent number.

-3-

16.   Defendants manufacture, distribute, import, offer to sell, and/or sell in the United States certain trash can products that infringe the '283 Patent, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

17.   Upon information and belief, Defendants have contributed to the infringement of the '283 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

18.   Upon information and belief, Defendants have induced infringement of the '283 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

19.   Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

20.   Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

21.   Defendants' infringement of the '283 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

22.   Upon information and belief, Defendants' infringement of the '283 patent was and is willful and deliberate, entitling Plaintiff to enhanced damages

-4-

1   under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35
2   U.S.C. § 285.

**SECOND CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 7,121,421**

5       23.   Plaintiff incorporates by reference and realleges each of the
6   allegations set forth in Paragraphs 1-22 above.

7       24.   On October 17, 2006, U.S. Patent No. 7,121,421 ("the '421
8   Patent"), entitled "Trash Can Assembly," was duly and legally issued by the
9   United States Patent and Trademark Office.  Simplehuman is the owner by
10  assignment of all right and title, both legal and equitable, to the '421 Patent, and
11  has been the owner of the '421 Patent since the date of its issuance.  A copy of
12  the '421 Patent is attached hereto as Exhibit 2.

13      25.   Defendants manufacture, distribute, import, offer to sell, and/or sell
14  in the United States certain trash can products that infringe the '421 Patent,
15  including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-
16  On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the
17  Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

18      26.   Upon information and belief, Defendants have contributed to the
19  infringement of the '421 Patent by others, through their activities relating to
20  their trash can products, including but not limited to, the Cuisinart 35-Liter
21  Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round
22  Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless
23  Steel Step-On Can.

24      27.   Upon information and belief, Defendants have induced
25  infringement of the '421 Patent by others, through their activities relating to
26  their trash can products, including but not limited to: the Cuisinart 35-Liter
27  Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round
28  / / /

Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

28.     Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

29.     Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

30.     Defendants' infringement of the '421 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

31.     Upon information and belief, Defendants' infringement of the '421 patent was and is willful and deliberate, entitling Plaintiff to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

### THIRD CLAIM FOR RELIEF

### INFRINGEMENT OF U.S. PATENT NO. 7,225,943

32.     Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-31 above.

33.     On June 5, 2007, U.S. Patent No. 7,225,943 ("the '943 Patent"), entitled "Trash Can Assembly and Improvements Thereto," was duly and legally issued by the United States Patent and Trademark Office.  Simplehuman is the owner by assignment of all right and title, both legal and equitable, to the '943 Patent, and has been the owner of the '943 Patent since the date of its issuance.  A copy of the '943 Patent is attached hereto as Exhibit 3.

34.     Plaintiff has provided proper and sufficient notice to the public that its products are patented under the '943 Patent by marking its products with the patent number.

35.     Defendants manufacture, distribute, import, offer to sell, and/or sell in the United States certain trash can products that infringe the '943 Patent, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, and the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can.

36.     Upon information and belief, Defendants have contributed to the infringement of the '943 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, and the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can.

37.     Upon information and belief, Defendants have induced infringement of the '943 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, and the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can.

38.     Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

39.     Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

40.     Defendants' infringement of the '943 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

41.     Upon information and belief, Defendants' infringement of the '943 patent was and is willful and deliberate, entitling Plaintiff to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

/ / /

**FOURTH CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 7,494,021**

42.    Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-41 above.

43.    On February 24, 2009, U.S. Patent No. 7,494,021 ("the '021 Patent"), entitled "Trash Can Assembly with Motion Damper for Lid," was duly and legally issued by the United States Patent and Trademark Office. Simplehuman is the owner by assignment of all right and title, both legal and equitable, to the '021 Patent, and has been the owner of the '021 Patent since the date of its issuance. A copy of the '021 Patent is attached hereto as Exhibit 4.

44.    Defendants manufacture, distribute, import, offer to sell, and/or sell in the United States certain trash can products that infringe the '021 Patent, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

45.    Upon information and belief, Defendants have contributed to the infringement of the '021 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

46.    Upon information and belief, Defendants have induced infringement of the '021 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

/ / /

47.     Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

48.     Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

49.     Defendants' infringement of the '021 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

**PRAYER FOR RELIEF**

WHEREFORE, Simplehuman prays for judgment and seeks relief as follows:

A.     A judgment that Defendants have infringed U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021;

B.     Preliminary and permanent injunctions against further infringement of U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021, including injunctions against direct infringement, contributory infringement, and induced infringement;

C.     An award of damages for Defendants' infringement of U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021;

D.     A declaration that Defendants' infringement of U.S. Patent Nos. 7,077,283, 7,121,421, and 7,225,943 was and is willful, and that this is an exceptional case under 35 U.S.C. § 285;

E.     A trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages that the Court deems appropriate;

F.     An award of attorneys' fees and non-taxable costs under 35 U.S.C. § 285 on account of Defendants' willful infringement;

G.     An award of taxable costs; and

H.    Such other and further relief as this Court may deem just and proper.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: Feb. 26, 2009    By: _____

Brenton R. Babcock
Paul N. Conover
Amy C. Chun
Kent Shum
Attorneys for Plaintiff
SIMPLEHUMAN, LLC

1

## DEMAND FOR JURY TRIAL

2       Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff

3   Simplehuman, LLC demands a trial by jury of all issues raised by the pleadings

4   which are triable by jury.

5                  Respectfully submitted,

6                  KNOBBE, MARTENS, OLSON & BEAR, LLP

7

8   Dated: *Feb. 26, 2009*   By: _____

9                  Brenton R. Babcock

10               Paul N. Conover
Amy C. Chun

                 Kent Shum

11               Attorneys for Plaintiff
SIMPLEHUMAN, LLC

12

13   6709550
     022509

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1



US007077283B2

(12) **United States Patent**     (10) **Patent No.:** **US 7,077,283 B2**
Yang et al.     (45) **Date of Patent:** **Jul. 18, 2006**

(54) **TRASH CAN ASSEMBLY**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehuman LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/614,557**

(22) Filed: **Jul. 7, 2003**

(65) **Prior Publication Data**

US 2005/0006536 A1     Jan. 13, 2005

(51) **Int. Cl.**
**B65D 43/26** (2006.01)

(52) **U.S. Cl.** .................................... **220/262**; 220/908.1

(58) **Field of Classification Search** ................. 248/95, 248/97, 99, 907; 220/908, 908.1, 262, 263, 220/264
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,946,474 A | * | 7/1960 | Knapp | ..................... 220/23.87 |
| 3,762,599 A | * | 10/1973 | Bourgeois | ................... 141/391 |
| 4,445,619 A | * | 5/1984 | Kubic et al. | ................. 220/263 |
| 4,972,966 A | * | 11/1990 | Craft, Jr. | .................... 220/264 |

| | | | | |
|---|---|---|---|---|
| 5,125,526 A | * | 6/1992 | Sumanis | ..................... 220/263 |
| 5,390,818 A | * | 2/1995 | LaBuda | ..................... 220/676 |
| 5,598,942 A | * | 2/1997 | Cowie | ................. 220/495.08 |
| 6,010,024 A | * | 1/2000 | Wang | ..................... 220/23.87 |
| 6,102,343 A | * | 8/2000 | Grimesey et al. | ............. 248/95 |
| 6,176,455 B1 | * | 1/2001 | Ma | ............................ 248/101 |
| 6,296,138 B1 | * | 10/2001 | Hannah et al. | ........ 220/495.08 |
| 6,364,147 B1 | * | 4/2002 | Meinzinger et al. | ... 220/495.06 |
| 6,808,081 B1 | * | 10/2004 | Citro | ........................ 220/772 |
| 2002/0079315 A1 | * | 6/2002 | Yang | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | | 2002274601 A | * | 9/2002 |
| JP | | 2003112806 A | * | 4/2004 |

* cited by examiner

*Primary Examiner*—A. Joseph Wujciak, III
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57) **ABSTRACT**

A trash can assembly has a shell, a liner fitted inside the shell, a lid fitted over the top end of the shell, a foot pedal positioned adjacent the bottom end of the shell, a link assembly coupling the foot pedal and the lid, and a support block provided adjacent the bottom end of the shell for supporting the liner in a raised position with respect to the shell. In use, the user can fit a trash bag inside the liner, and then seat the liner inside the shell. To replace the trash bag, the user can raise the liner with respect to the interior of the shell, and support the liner on the support block in a raised position with respect to the shell when removing the trash bag.

**8 Claims, 5 Drawing Sheets**



Exhibit 1
-12-



FIG.1

Exhibit 1
-13-



FIG.2

Exhibit 1
-14-



FIG.3

Exhibit 1
-15-



FIG.4

Exhibit 1
-16-



FIG.5

Exhibit 1
-17-

US 7,077,283 B2

| 1 | 2 |

**TRASH CAN ASSEMBLY**

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that allows for convenient and sanitary replacement of a trash bag from an internal liner.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an internal metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

A number of these drawbacks are associated with the internal liner. In conventional trash cans, a trash bag is fitted over the internal liner, and the user typically needs to raise the liner from the interior of the trash can to remove the trash bag. When the user raises the liner from the trash can, the user may need to grip portions of the trash bag on the interior of the liner, so that the user's fingers may come into contact with dirt, germs or trash items. In addition, the user often needs to remove the entire internal liner to replace the trash bag because there is no mechanism for maintaining the liner in a raised position with respect to the trash can when the user is replacing the trash bag. Unfortunately, the removal of the internal liner is not sanitary since this might result in the spillage or spread of waste material.

Thus, there remains a need for a trash can that facilitates the convenient and sanitary replacement of a trash bag from an internal liner.

SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that allows the user to remove an internal liner in a sanitary manner.

It is another object of the present invention to provide a trash can assembly that facilitates the convenient and sanitary replacement of a trash bag from an internal liner.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a shell, a liner fitted inside the shell, a lid fitted over the top end of the shell, a foot pedal positioned adjacent the bottom end of the shell, a link assembly coupling the foot pedal and the lid, and a support block provided adjacent the bottom end of the shell for supporting the liner in a raised position with respect to the shell.

In use, the user can fit a trash bag inside the liner, and then seat the liner inside the shell. To replace the trash bag, the user can raise the liner with respect to the interior of the shell, and support the liner on the support block in a raised position with respect to the shell while removing the trash bag.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of a trash can assembly according to one embodiment of the present invention shown with an internal liner partially raised from within the shell of the trash can assembly.

FIG. **2** is a perspective skeletal view of certain internal components of the trash can assembly of FIG. **1**.

FIG. **3** is a perspective skeletal view of the link assembly that couples the foot pedal and lid of the trash can assembly of FIG. **1**.

FIG. **4** is a perspective view of the trash can assembly of FIG. **1** illustrating the internal liner fitted completely inside the shell.

FIG. **5** is a perspective view of the trash can assembly of FIG. **1** illustrating the internal liner partially raised from within the shell.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. **1**–**5** illustrate one embodiment of a trash can assembly **20** according to the present invention. The assembly **20** has a shell **22** and an internal liner **24** that is adapted to be retained inside the shell **22**. The shell **22** can be made from either plastic or metal. The liner **24** is essentially a container, and can also be made from either plastic or metal. The shell **22** is an enclosing wall which can have any desired shape, including oval, triangular, rectangular, square or circular (among others). The liner **24** can have the same shape as the shell **22**. An upper support frame **28** can be secured to the opened top of the shell **22**, and can be provided in a separate material (e.g., plastic if the shell **22** is metal) from the shell **22**.

A lid **32** is hingedly connected to the upper support frame **28** using hinged connections that are well-known in the art, and will not be described in greater detail herein. As one non-limiting example, the lid **32** can be hingedly connected to the shell **22** in the manner that is described in U.S. Publication No. US-2002-0079315-A1, published on Jun. 27, 2002 and entitled "Trash Can Assembly With Toe-Kick Recess", whose entire disclosure is incorporated by this reference as though set forth fully herein. The shell **22** and its lid **32** can be made of a solid and stable material, such as a metal. The shell **22** has a base **34**, and a foot pedal **36** is pivotably secured to the base **34**.

Referring to FIG. **3**, a link assembly **38** extends from the foot pedal **36** along the base **34** and then upwardly along the shell **22** to the upper support frame **28** and the lid **32**. The link assembly **38** operates to translate an up-down pivot motion of the pedal **36** to an up-down pivot motion for the lid **32**. The construction and operation of link assemblies are well-known in the art, and will not be described in greater detail herein. As one non-limiting example, the link assem-

Exhibit 1
-18-

US 7,077,283 B2

3

bly **38**, foot pedal **36** and lid **32** can be constructed in accordance with that which is described in U.S. Publication No. US-2002-0079315-A1, published on Jun. 27, 2002 and entitled "Trash Can Assembly With Toe-Kick Recess".

The base **34** of the shell **22** defines a generally annular and curved skirt or flange portion **42**. In one embodiment of the present invention, the skirt **42** is formed in one plastic piece. The shell **22** can be attached to the top of the skirt **42** of the base. **34** by a groove snap-on, glue, welding, screws, and similar attachment mechanisms. A support block **44** is provided on the rear part of the base **34**, adjacent the link assembly **38**. The support block **44** can be embodied in the form of a plastic or metal block having a height that is, in one non-limiting embodiment, at least one inch, and through which the link assembly **38** can extend.

The upper support frame **28** has an annular recessed wall **46**. One or more cut-outs or grooves **48** are spaced-apart about the wall **46**. The grooves **48** allow the user to insert his or her fingers through the grooves **48** under the upper lip **50** of the internal liner **24** to lift the internal liner **24** from the interior of the shell **24** when the lid **32** is opened. This provides a convenient way for the user to remove the internal liner **24** from the shell **22**, without requiring the user to place his or her hands inside the internal liner **24** to grip the internal liner **24**.

FIG. **4** illustrates the trash can assembly **20** with the lid **32** pivoted to the open position, and with the internal liner **24** completely seated inside the interior of the shell **22**. In this position, the lip **50** of the liner **24** is preferably aligned with the top annular edge **52** of the annular wall **46**. As best seen in FIG. **4**, a portion of the lip **50** of the liner **24** can be accessed via any of the grooves **48** in the annular wall **46**. Thus, the user can raise the liner **24** by gripping the lip **50** via any groove **48**.

Once the liner **24** has been raised, the user can tilt the bottom **58** of the liner **24** towards the link assembly **38** (i.e., towards the rear of the shell **22**) so that the bottom **58** of the liner **24** is seated on top of the support block **44**, as shown in FIGS. **1** and **5**. Thus, the support block **44** functions to maintain the liner **24** at a position where the liner **24** is slightly raised with respect to the shell **22**, so as to provide sufficient clearance for the user to grip the trash bag. The user can then remove the existing trash bag, and replace it with a new trash bag, all while the liner **24** remains inside the shell **22**. When the user has completed the replacement of the trash bag, the user can lift the internal liner **24** slightly and then tilt the bottom **58** of the liner **24** away from the link assembly **38** (i.e., towards the front of the shell **22**) so that the bottom **58** of the liner **24** can be fitted via gravity on the top surface of the base **34**, as shown in FIG. **4**.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This

4

description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

a shell having a top end and a bottom end;

a rigid liner defining a container body having a bottom and an enclosing side wall, the liner fitted inside the shell;

a lid fitted over the top end of the shell; and

a support block provided adjacent the bottom end of the shell;

wherein the liner is adapted to be positioned in a first position with the support block located side-by-side with the side wall of the container body, and is adapted to be positioned in a second raised position with the bottom of the container body seated on top of the support block; and

wherein the container body is at a first vertical level in the first position, and is at a second vertical level in the second raised position, with the second vertical level being higher than the first vertical level.

**2**. The assembly of claim **1**, wherein the enclosing side wall has an upper lip, and wherein the assembly further includes an annular wall provided at the top end of the shell, the annular wall having a groove which exposes a portion of the upper lip.

**3**. The assembly of claim **1**, further including a base provided at the bottom end of the shell, with the support block positioned on the base, and with the bottom of the container body seated on the base when in the first position.

**4**. The assembly of claim **3**, wherein the base defines a skirt surrounding the bottom end of the shell.

**5**. The assembly of claim **1**, further including a foot pedal positioned adjacent the bottom end of the shell.

**6**. The assembly of claim **5**, further including a link assembly coupling the foot pedal and the lid.

**7**. The assembly of claim **1**, wherein the entire support block is positioned below the bottom of the container body in the second raised position.

**8**. The assembly of claim **1**, further including a base provided at the bottom end of the shell, the base having a height, and wherein the support block has a height which is greater than the height of the base.

* * * * *

Exhibit 1

-19-

# EXHIBIT 2



US007121421B2

(12) **United States Patent**
Yang et al.

(10) Patent No.: **US 7,121,421 B2**
(45) Date of Patent:    **Oct. 17, 2006**

(54) **TRASH CAN ASSEMBLY**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehumer, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 3 days.

(21) Appl. No.: **10/717,038**

(22) Filed: **Nov. 19, 2003**

(65) **Prior Publication Data**

US 2005/0103788 A1    May 19, 2005

(51) **Int. Cl.**
*B65D 43/26*    (2006.01)

(52) **U.S. Cl.** ...................................... **220/263**; 220/908

(58) **Field of Classification Search** ................ 220/263, 220/262, 264, 908, 908.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,271,918 | A | * | 2/1942 | Glowka .................... 220/23.87 |
| 2,946,474 | A | | 7/1960 | Knapp |
| 3,817,448 | A | | 6/1974 | Schneider |
| 3,891,115 | A | | 6/1975 | Ono |
| 4,164,178 | A | | 8/1979 | Baumann et al. |
| D284,320 | S | * | 6/1986 | Kubic et al. ................... D34/1 |
| D294,992 | S | * | 3/1988 | Bouge ........................... D34/1 |
| 4,765,548 | A | | 8/1988 | Sing |
| 4,953,740 | A | * | 9/1990 | Koda .......................... 220/263 |
| 4,972,966 | A | * | 11/1990 | Craft, Jr. .................... 220/264 |
| 5,170,904 | A | | 12/1992 | Neuhaus |
| 5,249,693 | A | * | 10/1993 | Gillispie et al. ........... 220/263 |
| 5,322,179 | A | | 6/1994 | Ting |
| 6,010,024 | A | | 1/2000 | Wang |
| 6,209,744 | B1 | | 4/2001 | Gill |
| 6,345,725 | B1 | * | 2/2002 | Lin ........................... 220/263 |
| 6,364,147 | B1 | * | 4/2002 | Meinzinger et al. ... 220/495.06 |
| 6,390,321 | B1 | | 5/2002 | Wang |
| 6,626,317 | B1 | * | 9/2003 | Pfiefer et al. ............... 220/263 |
| 6,837,393 | B1 | * | 1/2005 | Kuo ........................... 220/263 |
| 6,857,538 | B1 | * | 2/2005 | Lin ........................... 220/830 |
| 2004/0020927 | A1 | | 2/2004 | Yang et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 138490 | 7/2002 |
| GB | 4921 | 6/1910 |
| GB | 232982 | 10/1997 |
| GB | 2385260 | 2/2002 |
| JP | 2003112801 | 4/2003 |
| WO | WO02/083525 | 10/2002 |

OTHER PUBLICATIONS

Trento Corner 23.
Office Action from UK Patent Application No. GB 0600744.7, dated Feb. 8, 2006 (7 pgs.).

* cited by examiner

*Primary Examiner*—Lien M. Ngo
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57)    **ABSTRACT**

A trash can assembly has a lid pivotably coupled to an upper end of an outer shell, and a pivoting pedal bar that is coupled to the lid via a link rod. The closing motion of the lid is dampened by counter-balancing the closing force of the lid, which can be accomplished by generating a counter-balance force against the pedal bar that is equal to or slightly less than the closing force of the lid. The counter-balance force can be made to vary during the closing motion of the lid. In addition, the entire link rod can be positioned inside the interior of the outer shell, and the pivot axis of the lid about the outer shell can also also positioned inside the interior of the outer shell.

**9 Claims, 17 Drawing Sheets**



Exhibit 2
-20-



FIG.1

Exhibit 2
-21-



FIG.2

Exhibit 2
-22-



FIG.3

Exhibit 2

-23-



FIG.4

Exhibit 2
-24-



FIG.5



FIG.6

Exhibit 2
-25-



**FIG.7A**

Exhibit 2
-26-



FIG.7B

Exhibit 2
-27-



FIG.7C

Exhibit 2
-28-



FIG. 7D

Exhibit 2
-29-



FIG.7E

Exhibit 2
-30-



FIG.8

Exhibit 2
-31-



FIG.9

Exhibit 2
-32-



FIG.10

Exhibit 2
-33-



FIG.11

Exhibit 2
-34-



FIG.12A

Exhibit 2
-35-



LID ANGLE 40°

FIG.12B

Exhibit 2
-36-



FIG.12C

Exhibit 2
-37-

US 7,121,421 B2

## 1

### TRASH CAN ASSEMBLY

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that incorporates a number of improvements and enhancements.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can. The foot pedal is operatively connected to the lid by a link rod, so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the outer shell of the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans are noisy to use. In particular, stepping on a foot pedal of a conventional trash can often result in a loud banging noise as the lid is opened, and releasing the step on the foot pedal will also result in another loud banging noise as the lid slams shut under the force of gravity. These banging actions also result in wear and tear to the contacting parts.

Other problems are associated with the hinge assembly that hinges the lid to the outer shell of the trash can. In most conventional trash cans, the link rod extends through a portion of the interior of the outer shell, and then extends along a portion of the exterior of the outer shell adjacent the lid. As a result, the hinge assembly of most conventional trash cans tend to be quite large and bulky. A large and unwieldy hinge assembly makes it difficult to position the trash can at certain locations (e.g., corners, or against walls) in the house, and forces the manufacturer to use packing boxes that are larger than desired.

In addition, it is sometimes desirable to be able to remove the lid on a trash can and replace it with a new lid. For example, the lid may be damaged (e.g., the lid may get dented by objects), and it would be more cost-efficient to be able to salvage the outer shell of the trash can and merely replace the lid. Unfortunately, most conventional trash cans either do not allow for a pivoting lid to be replaced, or have hinge assemblies that make it very difficult and inconvenient to remove and replace a lid.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

#### SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that reduces noise and wear when the step pedal is actuated to open and close the lid.

## 2

It is another object of the present invention to provide a hinge assembly for a trash can assembly that has a low profile.

It is yet another object of the present invention to provide a hinge assembly for a trash can assembly that allows the lid to be conveniently removed from the hinge assembly.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a lid pivotably coupled to an upper end of an outer shell, and a pivoting pedal bar that is coupled to the lid via a link rod. The present invention dampens the closing motion of the lid by counter-balancing the closing force of the lid, which can be accomplished by generating a counter-balance force against the pedal bar that is equal to or slightly less than the closing force of the lid. The counter-balance force can be made to vary during the closing motion of the lid.

In accordance with another embodiment of the present invention, the entire link rod is positioned inside the interior of the outer shell, and the pivot axis of the lid about the outer shell is also positioned inside the interior of the outer shell. Positioning the pivot axis and the entire link rod inside the interior of the outer shell allows the hinge assembly between the lid and the outer shell to be provided with a reduced profile.

In accordance with yet another embodiment of the present invention, a mounting bracket is provided on the lid and has a through hole, and a channel is provided at the upper end of the outer shell and defines a bore. A pivot bar is received inside the through hole and the bore to pivotably couple the lid to the outer shell, and a locking bolt extends through a portion of the mounting bracket to removably engage the pivot bar. This allows for the lid to be quickly and conveniently removed and replaced.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of a trash can assembly according to one embodiment of the present invention shown with the lid open.

FIG. **2** is a side plan view of the trash can assembly of FIG. **1**.

FIG. **3** is a perspective skeletal view illustrating certain components of the trash can assembly of FIG. **1**.

FIG. **4** is a bottom plan view of the trash can assembly of FIG. **1** shown with the base exposed and the pedal bar pivoted away from the base.

FIG. **5** is an enlarged perspective view of the first elastic element that is used in connection with the pedal bar for the trash can assembly of FIG. **1**.

FIG. **6** is an enlarged perspective view of the second elastic element that is used in connection with the pedal bar for the trash can assembly of FIG. **1**.

FIGS. **7A–7E** illustrate the damping operations of the first and second elastic elements.

FIG. **8** is a side plan view of the first elastic element illustrating the relative positions of the locations "1", "2" and "3" referred to in FIGS. **7D**, **7C** and **7B**, respectively.

FIG. **9** is an exploded top perspective of the upper portion of the trash can assembly of FIG. **1**.

FIG. **10** is an enlarged and exploded perspective view of the hinge assembly of the trash can assembly of FIG. **1**.

FIG. **11** is an enlarged perspective view of the hinge assembly of the trash can assembly of FIG. **1** shown without the external bracket of the mounting bracket.

FIGS. **12A–12C** illustrate the forces exerted by the lid and the first elastic element during the closing motion of the lid.

Exhibit 2

-38-

US 7,121,421 B2

3

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. 1–4 illustrate one embodiment of a trash can assembly 20 according to the present invention. The assembly 20 has an outer shell 22 and an inner liner 24 that is adapted to be retained inside the outer shell 22.

The outer shell 22 can have any desired configuration, including a circular shape, an oval shape, or a four-sided shape that has four side walls, among others. The inner liner 24 can have the same, or different, shape as the outer shell 22. The lid 26 is hingedly connected to a hinge assembly 28 that is positioned at the rear of the outer liner 22 adjacent a generally annular upper support frame 32 that is provided along the upper edge 30 of the outer shell 22. The outer shell 22 and its lid 26 can be made of a solid and stable material, such as a metal. The upper support frame 32 can be secured to the top edge 30 of the outer shell 22, and can be provided in a separate material (e.g., plastic) from the outer shell 22.

A foot pedal 34 is provided on the outer shell 22 adjacent the base 36 of the outer shell 22. The foot pedal 34 is secured to a front end of a pedal bar 38 (see FIG. 4) that is housed inside the base 36. The pedal bar 38 is made of a material (e.g., metal) that carries some weight, and extends from the foot pedal 34 along the base 36 and is then pivotably coupled to a link rod 40 that extends upwardly along the interior of the rear of the outer shell 22 to connect the lid 26 via the hinge assembly 28 (see FIG. 3). The pedal bar 38 and the link rod 40 operate to translate an up-down pivot motion of the pedal 34 to an up-down pivot motion for the lid 26. Each of these components will be described in greater detail hereinbelow.

Referring now to FIGS. 3–6, the base 36 has a raised or domed base panel 42 and a skirt or flange portion 44 that extends from the base panel 42. A ramp 46 is formed on the bottom surface of the base panel 42. In one embodiment of the present invention, the base panel 42 and the skirt 44 can be formed in one plastic piece. The pedal bar 38 is retained under the base panel 42 and inside the skirt 44. In particular, the pedal bar 38 is pivotably connected to the ramp 46 by a fulcrum shaft 70, which extends through the pedal bar 38 at about the center of the pedal bar 38. The rear of the pedal bar 38 is pivotably connected to the bottom end of the link rod 40 by a hook 72 that is provided at the bottom end of the link rod 40 (see FIGS. 7A–7E). Thus, the pedal bar 38 can be pivoted between two positions, a first rest position (where the lid 26 is closed) as shown in FIGS. 1, 2 and 7A where the pedal 34 is at a vertically higher position than the rear of the pedal bar 38, and a second open position (where the lid 26 is opened) as shown in FIG. 7E where the pedal 34 is pressed to a vertically lower than the rear of the pedal bar 38.

A first elastic element 48 is provided at about the center of the ramp 46, and a second elastic element 50 is provided at the rear of the ramp 46 adjacent the link rod 40. Each elastic element 48, 50 can be made of an elastic material such as metal, wire or a sheet. The first elastic element 48 can be larger than the second elastic element 50, although

4

the size and shapes of the elastic elements 48, 50 can be varied. The first elastic element 48 has a curved portion 60 extending from a flat portion 62. The curvature of the curved portion 60 is best illustrated in FIG. 8. A plurality of bolts 52 are inserted through openings 54 in the flat portion 62 and used to secure the first elastic element 48 to the ramp 46 in a manner such that the curved portion 60 extends away from the ramp 46 towards the pedal bar 38. Similarly, the second elastic element 50 has a curved portion 64 extending from a flat portion 66. A plurality of bolts 56 are inserted through openings 58 in the flat portion 66 of the second elastic element 50 and used to secure the second elastic element 50 to the ramp 46 in a manner such that the curved portion 64 extends away from the ramp 46 towards the pedal bar 38.

The first elastic element 48 functions to dampen the closing motion of the lid 26 so that the lid 26 can close slowly and not experience a hard slamming motion. In contrast, the second elastic element 50 functions to dampen the opening motion of the lid 26 so that the lid 26 does not experience a loud banging action during the opening of the lid 26. FIGS. 7A–7E illustrate the damping operations of the elastic elements 48 and 50. FIG. 8 is a side plan view of the first elastic element 48 illustrating the relative positions of the locations "1", "2" and "3" referred to in FIGS. 7D, 7C and 7B, respectively. FIGS. 12A–12C illustrate the forces exerted by the lid 26 and the first elastic element 48 during the closing of the lid 26.

In FIG. 7A, the lid 26 is closed and the foot pedal 34 is at its highest vertical level. In this position, the rear portion 78 of the pedal bar 38 is biased by gravity and the weight of the lid 26 towards the bottom of the base 36, so that the front portion 80 of the pedal bar 38 pivots about the pivot shaft 70 and pushes the curved portion 60 of the first elastic element 48 upwardly against the normal bias of the first elastic element 48. At this time, the second elastic element 50 is spaced apart from the rear portion 78 of the pedal bar 38.

When a user steps on the pedal 34, the pedal bar 38 begins to pivot in a counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E). The bias of the curved portion 60 assists in pushing the pedal bar 38 in the counterclockwise direction, so that the user does not need to exert too much force on the pedal 34. The pedal bar 38 pivots about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "3" in FIG. 7B. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

As the user continues to step on the pedal 34, the pedal bar 38 continues to pivot in the counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E) about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "2" in FIG. 7C. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

As the user continues to step on the pedal 34, the pedal bar 38 continues to pivot in the counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E) about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "1" in FIG. 7D. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

When the pedal 34 has been pressed to its bottom-most position (see FIG. 7E), the front portion 80 of the pedal bar 38 is spaced apart from the curved portion 60 of the first elastic element 48. However, before the pedal 34 reaches its bottom-most position, the second elastic element 50 will have contacted the rear portion 78 of the pedal bar 38 to exert a bias against the rear portion 78, thereby damping the

Exhibit 2
-39-

US 7,121,421 B2

5                                                                6

counterclockwise motion of the rear portion **78**, and subsequently, the opening of the lid **26**.

When the user releases his or her step on the pedal **34**, gravity and the weight of the lid **26** will cause the pedal bar **38** to begin to pivot in a clockwise direction (when viewed from the orientation of FIGS. **7A**–**7E**) about the pivot shaft **70** until the first elastic element **48** contacts the pedal bar **38** at the location marked "1" in FIG. **7D**. This location "1" is where the natural bias of the curved portion **60** would be the greatest. This because the bias is greatest at the location (i.e., "1") further from the pivot **70**. Thus, the greatest bias is exerted against the pedal bar **38** to begin the damping of the beginning of the closing of the lid **26**. At this time, the second elastic element **50** will have been spaced apart from the rear portion **78** of the pedal bar **38**.

As the pedal bar **38** continues to pivot in the clockwise direction (when viewed from the orientation of FIGS. **7A**–**7E**) about the pivot shaft **70**, the first elastic element **48** will contact the pedal bar **38** at the location marked "2" in FIG. **7C**. At this location, the bias exerted by the curved portion **60** is less than at location "1", so a lesser bias is exerted against the pedal bar **38** to continue to dampen the clockwise pivot of the pedal bar **38**. At this time, the second elastic element **50** is still spaced apart from the rear portion **78** of the pedal bar **38**.

As the pedal bar **38** continues to pivot in the clockwise direction (when viewed from the orientation of FIGS. **7A**–**7E**) about the pivot shaft **70**, the first elastic element **48** will contact the pedal bar **38** at the location marked "3" in FIG. **7B**. At this location, the smallest bias is exerted by the curved portion **60** (i.e., the bias at location "3" is less than at location "2") to provide minimal damping as the lid **26** closes. At this time, the second elastic element **50** is still spaced apart from the rear portion **78** of the pedal bar **38**.

Thus, as best illustrated in FIGS. **7A**–**7E**, the first elastic element **48** actually aids in the pivoting of the pedal bar **38** during the opening of the lid **26** (FIGS. **7A**–**7D**), with the second elastic element **50** damping the opening motion at the very end (FIG. **7E**) to prevent the lid **26** from experiencing a loud banging noise during the opening. During the closing of the lid **26**, the first elastic element **48** applies the greatest amount of counterbalancing force against the pedal bar **38** at the beginning of the closing motion, and then applies a gradually decreasing amount of counterbalancing force against the pedal bar **38** during the closing motion, so as to provide a smooth closing motion for the lid **26**.

Finally, the pedal bar **38** will pivot in the clockwise direction (when viewed from the orientation of FIGS. **7A**–**7E**) about the pivot shaft **70** until it reaches the position shown in FIG. **7A**, where the pedal **34** is at its highest vertical position.

For a conventional lid, the force of the lid **26** during its closing motion varies due to increased inertia and gain in momentum. This varying force causes the lid **26** to slam shut during a conventional closing action. To minimize this slamming effect, the first elastic element **48** functions as a variable counter-balance spring that matches the rate of the variable forces generated by the lid **26** as it closes. FIGS. **12A**–**12C** illustrate the forces exerted by the lid **26** and the first elastic element **48** during the closing of the lid **26**. FIG. **12A** illustrates the lid **26** in its opened position, FIG. **12B** illustrates the lid **26** halfway through its closing motion, and FIG. **12C** illustrates the lid **26** completely closed. Here,

$F_r$=the force applied to the link rod **40** as the lid **26** falls
$F_{sc}$=the force needed to be generated by the first elastic element **48** to balance $F_r$.

Here, $F_{sc}$ should be equal to or slightly less than $F_r$. If $F_{sc}$ is greater than $F_r$, the lid **26** will not close, and if $F_{sc}$ is significantly less than $F_r$, the lid **26** will slam shut. In FIG. **12C**, $F_r$ has the greatest force, and in FIG. **12A**, $F_r$ has the smallest force. In addition:

$$F_r = T_{Lp}/L_{rp}$$

where $T_{Lp}$ is the torque at the pivot axis of the lid **26**, with $T_{Lp}$ being equal to the weight of the lid **26** multiplied by $L_{cg}$, and where $L_{rp}$ is the length from the pivot point of the lid **26** to the pivot point of the link rod **40** (i.e., where the link rod **40** pushes the lid **26**); and

$$F_{sc} = T_{pp}/L_{sc}$$

where $T_{pp}$ is the torque at the pivot axis of the pedal bar **38**, with $T_{pp} = F_s \times L_{pp}$, where $L_{sc}$ is the length of the pivot point of the pedal bar **38** to the point where the first elastic element **48** contacts the pedal bar **38**, and $L_{pp}$ is the length of the pivot point of the pedal bar **38** to the pivot point of the link rod **40** (i.e., where the pedal bar **38** pushes the link rod **40**).

As the force $F_r$ increases, so does the torque $T_{pp}$. Therefore, the force $F_{sc}$ of the first elastic element **48** at the point where it contacts the pedal bar **38** needs to increase as well. This can be accomplished by proportionally varying $L_{sa}$ (the length of the first elastic element **48**), so that as $L_{sa}$ decreases, the force of the first elastic element **48** at $F_{sc}$ increases. The profile or curvature of the first elastic element **48** is what determines the rate of change in $L_{sa}$ which then changes $F_{sc}$, therefore a lid **26** of any size or weight can be balanced by the appropriate size and shape of the first elastic element **48**.

Referring now to FIG. **9**, the upper support frame **32** has a border or ridge **82** that extends along its inner periphery which is adapted to receive the upper lip (not shown) of the inner liner **24** so that the inner liner **24** can be suspended inside the outer shell **22** during use. A plurality of scalloped grooves **84** are spaced-apart about the support frame **32**, and function to allow the user to insert his or her fingers into the grooves **84** under the upper lip of the inner liner **24** to lift the inner liner **24** from the interior of the outer shell **22** when the lid **26** is opened. This provides a convenient way for the user to remove the inner liner **24** from the outer shell **22**, without requiring the user to grab or grip unnecessarily large portions of the inner liner **24**.

Referring now to FIGS. **1**–**3** and **9**–**11**, the hinge assembly **28** has a thin-profile housing **88** that is positioned adjacent the rear of the support frame **32**. The rear of the support frame **32** has a straight portion **90** that extends into the interior of the outer shell **22**. The inner liner **24** is also partially supported on the straight portion **90**. An opening **94** is defined between the top of the outer shell **22** and the straight portion **90**, so that the upper hooked end **92** of the link rod **40** can extend through the opening **94** and into the housing **88** of the hinge assembly **28**, as explained below. By positioning the entire link rod **40** (including its upper hooked end **92**) inside the periphery of the outer shell **22**, the housing **88** of the hinge assembly **28** can be made to have a thinner profile. In turn, the entire link rod **40** can be positioned inside the periphery of the outer shell **22** because the straight portion **90** (and the opening **94**) are positioned inside the interior of the outer shell **22**.

The hinge assembly **28** also includes a mounting bracket **100** that is secured to the rear of the lid **26**. The mounting bracket **100** has an internal bracket **102** that is secured to the interior of the lid **26**, and an external bracket **104** that is secured to the exterior of the lid **26**. The external bracket **104**

Exhibit 2

-40-

US 7,121,421 B2

7

has an outer profile that is preferably flush with the outer profile of the housing **88**, as best shown in FIG. **2**, to achieve the low-profile appearance for the entire hinge assembly **28**. The top of the housing **88** has a channel **96** having a bore **112** through which a pivot bar **98** can be extended.

Referring now to FIGS. **9**–**11**, the external bracket **104** has two legs **106** that define an open space or slot **108** therebetween. The channel **96** on top of the housing **88** is adapted to be received inside the slot **108**. Each leg **106** also has a through-hole **110** that is aligned with the bore **112** of the channel **96**, so that the pivot bar **98** can be received for pivot motion inside the through-holes **110** and the bore **112**, while simultaneously achieving a pivoting connection between the channel **96** (and hence the housing **88**) and the external bracket **104** (and hence the mounting bracket **100**).

The internal bracket **102** has an extension **116** which has a slot that receives the hooked end **92** of the link rod **40** in a manner such that the hooked end **92** can pivot. In addition, a transverse bore **118** extends through the internal bracket **102**, the flange of the lid **26**, and a portion of one leg **106** of the external bracket **104**, and communicates with the through-hole **110** in the leg **106**. Thus, a locking bolt **120** can be threaded through the transverse bore **118** and contact the pivot bar **98** along an annular groove **122** thereof so as to lock the pivot bar **98** in a fixed position inside the bore **112** and the through-hole **110**. This functions to secure the lid **26** to the housing **88** in a manner that allows the lid **26** to pivot about the pivot axis defined by the pivot bar **98**.

The lid **26** can be removed quickly and conveniently. To remove the lid **26**, the user merely removes the bolt **120**, and then uses a thin element (e.g., a pen or a rod) to pry the pivot bar **98** from the bore **112** and the through-holes **110**. The lid **26** (i.e., the external bracket **104**) can then be separated from the outer shell **22** (i.e., the channel **96** of the housing **88**). The lid **26** (or a new lid **26**) can be installed just as quickly and conveniently by fitting the channel **96** inside the slot **108** and then sliding the pivot bar **98** through the through-holes **110** and the bore **112**. The bolt **120** can then be inserted through the transverse bore **118** (see FIG. **10**) so that a portion of the bolt **120** is lodged inside the groove **122** of the pivot bar **98** (see FIG. **11**), thereby securing the pivot bar **98** at a fixed location inside the through-holes **110** and the bore **112**.

The structure of all the components of the hinge assembly **28** allow for the reduced profile of the hinge assembly **28**. For example, as best shown in FIGS. **9**–**11**, portions of the brackets **102**, **104** are positioned inside the interior of the outer shell **22**, thereby allowing the pivot axis of the lid **26** (defined by the pivot bar **98**) to be positioned inside the interior of the outer shell **22**. In addition, as explained above, positioning the straight portion **90** inside the interior of the outer shell **22** allows the entire link rod **40** to be located inside the outer shell **22** to further facilitate positioning the pivot axis of the lid **26** (defined by the pivot bar **98**) inside the outer shell **22**.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of

8

embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

an outer shell having a top edge and a lower end;

a lid pivotably coupled to the outer shell for movement between an open position and a closed position;

an interior defined by the outer shell and the lid;

a pedal pivotably coupled to the lower end of the outer shell, and having an inner end;

a link rod having an upper end pivotably coupled to the lid and a lower end coupled to the inner end of the pedal;

a support frame fixedly secured to the top edge of the outer shell, the support frame having a rear section that has a straight portion, with an opening defined between the straight portion and the top edge of the outer shell, and with the link rod extending through the opening; and

rigid liner positioned in the interior and supported by the straight portion.

**2**. The assembly of claim **1**, wherein the opening is located inside the interior.

**3**. The assembly of claim **1**, wherein the straight portion of the support frame is a straight wall.

**4**. The assembly of claim **1**, wherein the support frame has a ridge that extends along top edge.

**5**. The assembly of claim **1**, wherein the support frame is curved.

**6**. The assembly of claim **1**, wherein the support frame is plastic.

**7**. A trash can assembly, comprising:

an outer shell having a top edge and a lower end;

a lid pivotably coupled to the outer shell for movement between an open position and a closed position;

an interior defined by the outer shell and the lid;

a pedal pivotably coupled to the lower end of the outer shell, and having an inner end;

a link rod having an upper end pivotably coupled to the lid and a lower end coupled to the inner end of the pedal;

a support frame fixedly secured to the top edge of the outer shell, the support frame having a rear section that has a straight portion, with an opening defined between the straight portion and the top edge of the outer shell, and with the link rod extending through the opening;

wherein the support frame has a top edge and a thickness, with at least one groove cut from the top edge and through the thickness of the support frame; and

a rigid liner position in the interior and supported by the straight portion.

**8**. The assembly of claim **7**, wherein the support frame is plastic.

**9**. The assembly of claim **7**, wherein the support frame is curved.

*    *    *    *    *

Exhibit 2

-41-

# EXHIBIT 3



US007225943B2

(12) **United States Patent**           (10) **Patent No.:**     **US 7,225,943 B2**
Yang et al.                                                (45) **Date of Patent:**       *Jun. 5, 2007

(54) **TRASH CAN ASSEMBLY AND IMPROVEMENTS THERETO**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehuman LLC**, Torrance, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 43 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/405,725**

(22) Filed: **Apr. 2, 2003**

(65) **Prior Publication Data**

US 2004/0020927 A1    Feb. 5, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/746,574, filed on Dec. 22, 2000, now Pat. No. 6,626,316.

(51) **Int. Cl.**
*B65D 43/26*    (2006.01)
*B65D 21/02*    (2006.01)
*B65D 43/14*    (2006.01)
(52) **U.S. Cl.** .................... **220/263**; 220/23.9; 220/908; 220/908.1; 220/845
(58) **Field of Classification Search** ................ 220/908, 220/908.1, 366.1, 23.88, 23.87, 495.11, 846, 220/845, 495.08, 495.06, 771, 772, 769, 220/756, 263, 610–612, 495.05; 16/250, 16/251
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,820,555 A * 8/1931 Buschman .............. 220/263 X

| | | | | |
|---|---|---|---|---|
| 1,881,120 A | * | 10/1932 | Fessler et al. | .............. 220/263 |
| 1,891,651 A | * | 12/1932 | Padelford et al. | ........... 220/263 |
| 1,922,729 A | * | 8/1933 | Geibel | ...................... 220/23.89 |
| 2,419,163 A | * | 4/1947 | Pope, Sr. | ................. 220/23.87 |
| 2,759,625 A | * | 8/1956 | Ritter | ......................... 220/262 |
| 3,008,604 A | * | 11/1961 | Garner | ................. 220/263 X |
| 3,654,534 A | * | 4/1972 | Fischer | ................... 361/231 X |
| 4,081,105 A | * | 3/1978 | Dagonnet et al. | .......... 220/263 |
| 4,200,197 A | * | 4/1980 | Meyer et al. | ............... 220/263 |
| 4,303,174 A | * | 12/1981 | Anderson | ................... 220/263 |
| D281,284 S | * | 11/1985 | Reuter | ........................... D34/5 |
| D284,320 S | * | 6/1986 | Kubic et al. | ................... D34/1 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    19933180    *    1/2001

(Continued)

*Primary Examiner*—Robin A. Hylton
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57)              **ABSTRACT**

A trash can assembly has a shell having an enclosing wall that defines a periphery. The assembly has a lid fitted over the top of the shell, and a foot pedal positioned adjacent the bottom of the shell, with a portion of the foot pedal positioned inside the periphery of the shell. The assembly also includes a link assembly coupling the foot pedal and the lid. The assembly can also include a liner defining a container body, the liner fitted inside the shell and having an indent provided on the container body. A handle mechanism has a link strip that has a hooked end, with the hooked end engaging the indent to lift the liner from inside the shell.

**11 Claims, 16 Drawing Sheets**



Exhibit 3
-42-

**US 7,225,943 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,753,367 A | * | 6/1988 | Miller et al. ........... 220/495.11 |
| 4,913,308 A | * | 4/1990 | Culbertson ........... 220/908.1 X |
| 4,918,568 A | * | 4/1990 | Stone et al. ............... 361/231 |
| 4,948,004 A | * | 8/1990 | Chich ................... 220/495.08 |
| 4,972,966 A | * | 11/1990 | Craft, Jr. ................... 220/264 |
| 5,065,272 A | * | 11/1991 | Owen et al. ............... 361/231 |
| 5,090,785 A | * | 2/1992 | Stamp ...................... 312/319.9 |
| 5,147,055 A | * | 9/1992 | Samson et al. ........... 220/259.2 |
| 5,163,579 A | * | 11/1992 | Jones .......................... 220/629 |
| 5,174,462 A | * | 12/1992 | Hames ...................... 220/908 |
| 5,226,558 A | * | 7/1993 | Whitney et al. ........ 220/638 X |
| 5,230,525 A | * | 7/1993 | Delmerico et al. ..... 220/263 X |
| 5,249,693 A | * | 10/1993 | Gillispie et al. ............ 220/263 |
| 5,390,818 A | * | 2/1995 | LaBuda ...................... 141/390 |
| 5,407,089 A | * | 4/1995 | Bird et al. ............... 220/212.5 |
| 5,474,201 A | * | 12/1995 | Liu ........................ 220/264 X |
| 5,558,254 A | * | 9/1996 | Anderson et al. ........... 220/527 |

| | | | |
|---|---|---|---|
| D377,554 S | * | 1/1997 | Adriaansen ................... D34/7 |
| 6,010,024 A | | 1/2000 | Wang |
| D435,951 S | * | 1/2001 | Yang et al. ............. 220/908 X |
| D447,307 S | * | 8/2001 | Niemeyer ................... D34/7 |
| D454,239 S | * | 3/2002 | Lin ................................ D34/9 |
| 6,364,147 B1 | * | 4/2002 | Meinzinger et al. ... 220/495.06 |
| 6,626,316 B2 | * | 9/2003 | Yang ........................... 220/263 |
| 6,981,606 B2 | * | 1/2006 | Yang et al. ............. 220/23.87 |
| 7,077,283 B2 | * | 7/2006 | Yang et al. ................. 220/262 |
| 2005/0103788 A1 | * | 5/2005 | Yang et al. ................. 220/263 |

## FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 185382 A | * | 6/1986 | |
| EP | 1 157 936 A2 | * | 11/2001 | |
| JP | 6-272888 | * | 9/1994 | ................. 62/272 |
| WO | WO 92/02430 | * | 2/1992 | ................. 220/263 |

* cited by examiner

Exhibit 3

-43-



**FIG.1**

Exhibit 3
-44-



FIG.2

Exhibit 3
-45-



## FIG. 3

Exhibit 3
-46-



**FIG. 5**



**FIG. 4**

Exhibit 3
-47-



FIG.6A



FIG.6B

Exhibit 3
-48-



FIG.6C

Exhibit 3
-49-



**FIG. 7**

Exhibit 3
-50-



FIG.8

Exhibit 3
-51-



FIG. 9

Exhibit 3
-52-



FIG. 10

Exhibit 3
-53-



FIG.11

Exhibit 3

-54-



FIG.12

Exhibit 3
-55-



**FIG.13**

Exhibit 3
-56-



# FIG.14

Exhibit 3
-57-

32a



22a

20a

# FIG.15

Exhibit 3
-58-



FIG.16

Exhibit 3
-59-

US 7,225,943 B2

**1**

### TRASH CAN ASSEMBLY AND IMPROVEMENTS THERETO

#### RELATED CASES

This is a continuation-in-part of application Ser. No. 09/746,574 now U.S. Pat. No. 6,626,316, filed Dec. 22, 2000, and entitled "Trash Can Assembly", whose entire disclosure is incorporated by this reference as though set forth fully herein.

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that incorporates a number of improvements and enhancements.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding ttrash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans (e.g., such as shown in U.S. Pat. No. 6,010,024) are positioned awkwardly in that they extend a considerable distance from the body of the trash can to provide a sufficiently large surface area for the user's foot, and also to provide sufficient leverage for the user to step on and pivot the foot pedal. Unfortunately, such outwardly-extending foot pedals are prone to being inadvertently kicked by people as they walk around the vicinity of the trash can.

Other problems are associated with the internal liner. In conventional trash cans, the user typically needs to remove the liner from the trash can to dispose of the contents therein. To do so, the user typically lifts the liner from the trash can, and this may result in the user gripping portions of the interior of the liner, so that the user's fingers may come into contact with dirt, germs or trash items.

An additional problem relates to the fact that the wastes placed within such a container may produce odors, smells, and other harmful gases. Inevitably, the lid will need to be opened to deposit the waste, thereby allowing the odors and smells to escape from the trash can. Odors and smells may also escape from the trash can even when the lid is closed because some lids do not provide a tight seal with the trash can container.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

**2**

#### SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that has an improved step pedal that is less prone to being kicked yet enhances its ability to control the opening of the lid of the trash can assembly.

It is another object of the present invention to provide a trash can assembly that allows the user to conveniently remove an internal liner in a sanitary manner.

It is another object of the present invention to provide a trash can assembly that minimizes the undesirable odor of the waste products stored therein.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a shell having an enclosing wall that defines a periphery. According to one embodiment, the assembly has a lid fitted over the top of the shell, and a foot pedal positioned adjacent the bottom of the shell, with a portion of the foot pedal positioned inside the periphery of the shell. The assembly also includes a link assembly coupling the foot pedal and the lid.

According to another embodiment, the assembly has a liner defining a container body, the liner fitted inside the shell and having an indent provided on the container body. In one embodiment, the assembly also includes a handle mechanism having a link strip that has a hooked end, with the hooked end engaging the indent to lift the liner from inside the shell. In another embodiment, the shell has an open top edge, with at least one recess provided along the top edge so that a user can lift the liner from the position from any recess.

According to yet another embodiment, the assembly has an air freshening device secured to its lid. The air freshening device can be a charcoal pad, or an electrical ionizer.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of the trash can assembly according to one embodiment of the present invention.

FIG. **2** is a bottom perspective view of the trash can assembly of FIG. **1**.

FIG. **3** is a cross-sectional side view of the trash can assembly of FIG. **1**.

FIG. **4** is a bottom perspective view of a liner that can be used with the trash can assembly of FIG. **1**.

FIG. **5** is a top plan view of the trash can assembly of FIG. **1**.

FIG. **6**A is an isolated perspective view of a link assembly that can be used with the trash can assembly of FIG. **1**.

FIG. **6**B illustrates the portion B of the link assembly of FIG. **6**A.

FIG. **6**C illustrates the hinging portion between the lid and the shell of the trash can assembly of FIG. **1**.

FIG. **7** illustrates how the handle mechanism of the trash can assembly of FIG. **1** operatively couples the liner of FIG. **4**.

FIG. **8** is a front plan view of the trash can assembly of FIG. **1**.

FIG. **9** is a cross-sectional side view of a trash can assembly according to another embodiment of the present invention, illustrating a modification to the trash can assembly of FIGS. **1–8**.

FIG. **10** is a front plan view of the trash can assembly of FIG. **9**.

FIG. **11** is a partial side plan view of the trash can assembly of FIG. **1**.

Exhibit 3

-60-

US 7,225,943 B2

3

FIG. **12** is a perspective view of a trash can assembly according to yet another embodiment of the present invention.

FIG. **13** is a perspective view of the trash can assembly of FIG. **12** shown with the inner liner being lined with a trash bag.

FIG. **14** is a perspective view of the trash can assembly of FIG. **13** shown with the inner liner and its trash bag fitted inside the outer shell.

FIG. **15** is a perspective view of the trash can assembly of FIG. **11** shown with the lid closed.

FIG. **16** is a rear plan view of the trash can assembly of FIG. **12**.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. **1**–**7** illustrate one embodiment of a trash can assembly **20** according to the present invention. The assembly **20** has an outer shell **22** and an inner liner **24** that is adapted to be retained inside the outer shell **22**. As shown in FIGS. **3**, **4** and **7**, the liner **24** is a container that has an elongated indent **26** provided in the side wall **28** extending upwardly a short distance from the bottom **30** of the liner **24**.

The outer shell **22** is a generally cylindrical shell that has a generally oval or egg shape. The liner **24** can have the same shape. The oval or egg shape of the shell **22** is best illustrated in the top plan view of FIG. **5**. The width F of the opening at the front of the shell **22** is greater than the width R of the opening at the rear of the shell **22**. This configuration for the shell **22** and its liner **24** allows the interiors of the shell **22** and the liner **24** to receive and accomodate wider and larger waste objects, such as pizza boxes. In addition, the narrower rear of the shell **22** allows the shell **22** to fit more easily in corners of the house.

A lid **32** is hingedly connected to the top of the outer shell **22**. The shell **22** and its lid **32** can be made of a solid and stable material, such as a metal. A handle mechanism **34** is provided along the outer surface of the shell **22** and is operatively coupled to the indent **26** of the liner **24** for lifting the liner **24**. A toe-kick recess **36** is provided on the shell **22** adjacent the base **38** of the shell **22**, and is adapted to receive a foot pedal **40** that is pivotably secured to the base **38** of the shell **22**. The toe-kick recess **36** is part of the base **38**, and the shell **22** would define a curved cut-out to receive the recess **36**. The curved cut-out in the shell **22** can be made by first cutting out a properly sized and configured hole in the body of the shell **22**, and then inserting a plastic curved panel that defines the actual recess **36**. The recess **36** extends upwardly for a short distance and extends into the interior confines of the shell **22**. A link assembly **42** (illustrated in greater detail in FIGS. **6**A and **6**B) extends from the foot pedal **40** along the base **38** and then upwardly along the shell **22** to the lid **32**. The link assembly **42** operates to translate an up-down pivot motion of the pedal **40** to an up-down pivot motion for the lid **32**. Each of these components will be described in greater detail hereinbelow.

4

Referring first to FIGS. **2** and **3**, the base **38** of the shell **22** defines a generally annular and curved skirt or flange portion **50**. In one embodiment of the present invention, the skirt **50** is formed in one plastic piece. The base **38** further includes a pedal housing **52** that is positioned adjacent and below the recess **36**, and is adapted to receive the pedal **40**. In particular, a shaft **54** can extend longitudinally across the pedal **40** and be received inside openings provided on opposing walls **56** and **58** of the pedal housing **52**. As a result, the pedal **40** would pivot about an axis defined by the shaft **54**. The base **38** also has crossing support ribs **60** and **62** that are positioned adjacent the top of the skirt **50**. The support ribs **60**, **62** can be provided with protruding notches **68** that are adapted to hold and support a horizontal rod **64** of the link assembly **42** for rotation therein. In addition, pads **66**, which can be made of rubber, can be positioned in spaced-apart manner about the periphery of the skirt **50** to prevent the base **38** from slipping. The shell **22** and its recess **36** can be attached to the top of the skirt **50** of the base **38** by glue, welding, screws, and similar attachment mechanisms.

Referring to FIG. **3**, it will be noted that the foot pedal **40** is positioned somewhat inside the interior of the shell **22**, and only a portion of the pedal **40** extends beyond the outer cylindrical periphery or surfaces of the shell **22**. This positioning is of significance to the present invention.

One significance is that the foot pedal **40** can extend radially outwardly from the shell **22** by about the same extent as the skirt **50**, and is configured so that the foot pedal **40** itself appears to form part of the skirt **50** (i.e., flush with the skirt **50**) to provide a more aesthetically pleasing appearance (see FIG. **11**). This positioning makes the foot pedal **40** less susceptible to being inadvertently kicked by people walking around the vicinity of the trash can assembly **20**. More importantly, by positioning most of the step pedal **40** inside the outer periphery of the shell **22**, a larger pedal **40** (i.e., a pedal **40** with a larger top or stepping surface area) can be provided to create additional stepping space. This increased stepping space makes it easier for the user to step on the pedal **40**, and to maintain the step, because this increased stepping space helps to generate more power during the step (for the reasons explained in the next paragraph).

Another significance is shown in FIG. **3**, where the pivot point (i.e., shaft **54**) for the pedal **40** is positioned well inside the interior of the outer periphery of the shell **22**. This is to be contrasted with conventional foot pedals, whose pivot points are usually positioned further outwardly, and usually outside the shell **22**, such as illustrated in U.S. Pat. No. 6,010,024. This inward position for the pivot point provides several benefits. First, this inward position for the pivot point provides a smaller pivoting angle for the pedal **40**. The smaller pivoting angle means that the user's foot does not need to pivot as much to effectively step on the pedal **40**, so that the user's foot is less likely to slip when stepping on the pedal **40**. Second, this inward position for the pivot point requires less stepping force to open the lid **32** (i.e., deploy the link assembly **42**) than if the pivot point were positioned further radially outwardly. This is because providing the pivot point further inside the outer periphery of the shell **22** allows the pedal **40** to be provided in a larger size, as discussed in the previous paragraph. Having a larger size allows the distance from the pivot point to the outer edge of the pedal **40** to be increased, and this increased distance means that more power can be generated using less force.

Exhibit 3

-61-

US 7,225,943 B2

5

6

Yet another significance is that since the foot pedal 40 is constructed as part of the base 38, the pedal 40 can be positioned closer to the ground (i.e., vertically lower). As a result, the user's foot does not need to pivot as much to effectively step on the pedal 40, so that the user's foot is less likely to slip when stepping on the pedal 40.

FIGS. 3, 6A and 6C illustrate how the lid 32 is hingedly coupled to the shell 22. A hinge housing 70 is provided adjacent the top of the shell 22. A carrying handle 130 can be provided on the outer surface of the hinge housing 70. A hinge bracket 72 is attached at the top of the hinge housing 70, and carries two spaced-apart L-shaped extensions 71 and 73. The rear of the lid 32 has a plastic hinge piece 75 that carries two spaced-apart plates 77 (one of the plates adjacent extension 71 is not visible in FIG. 6C). An opening 81 is provided in each extension 71, 73 and plates 77, the openings 81 being aligned so that a pin 74 (which can be part of the carrying handle 130) can extend through all the openings 81 in the extensions 71, 73 and the plates 77 to create a pivot joint. Thus, the lid 32 is able to pivot from the opened position (see FIG. 3) to the closed positioned (see FIG. 2) about the pivot point defined by the pin 74.

Referring now to FIGS. 2, 3, 6A and 6B, the link assembly 42 operatively couples the foot pedal 40 to the lid 32 so that stepping on the foot pedal 40 will cause the lid 32 to open. The link assembly 42 has a horizontal rod 64 and a vertical rod 76 that cooperate to translate an up-down pivot motion of the pedal 40 to an up-down pivot motion for the lid 32. The rods 64 and 76 can be made of steel. In particular, the horizontal rod 64 is held by the ribs 60, 62 of the base 38, and has an L-shaped (i.e., at 90-degrees) terminal end 78 that extends out of the horizontal plane of the rod 64, and which is positioned adjacent the bottom of the pedal 40. For example, the terminal end 78 does not need to be connected to pedal 40, since the pedal 40 can sit on top of the terminal end 78 via gravity. The horizontal rod 64 extends across the base 38 to an opposite side of the shell 22, where an opposing end 80 of the horizontal rod 64 has an L-shaped leg 82 (i.e., at 90-degrees) that also extends out of the horizontal plane of the rod 64, and that is secured to a generally L-shaped (i.e., 90-degree) plastic hinge 84. The plastic hinge 84 can have two lumens, one in each leg of the L-shape, with the leg 82 secured in one of the lumens and a lower end 86 of the vertical rod 76 secured in the other lumen. The vertical rod 76 extends vertically up along the inside of the shell 22 adjacent the inner wall of the shell 22, and extends through the hinge housing 70 and the hinge bracket 72 to an upper end 88 that is secured to a block 90 that is attached to the rear of the lid 32 and retained in the hinge piece 75. Thus, when the user steps on the pedal 40 (see arrow A1 in FIG. 3 and arrow A1 in FIG. 6A), the pedal 40 presses on the terminal end 78, and the L-shaped and out-of-plane nature of the terminal end 78 causes the horizontal rod 64 to rotate as shown by the arrow A2. Because the opposing end 80 is also L-shaped and extends out of the horizontal plane of the rod 64, this rotation torques the plastic hinge 84 to push the vertical rod 76 up (see arrow A3). When the vertical rod 76 is pushed up, the vertical rod 76 will in turn push the lid 32 upwardly to pivot or swing the lid 32 open about the pin 74. As long as the user's foot is stepping on the pedal 40, the link assembly 42 will maintain the lid 32 in its opened position. When the user releases the stepping force, gravity will push the lid 32 and vertical rod 76 down, pivoting or torquing the plastic hinge 84 in a direction opposite to the direction of arrow A3, and revers-ing the rotation on the horizontal rod 64 to lift up the pedal 40 in directions opposite to the directions of arrows A1 and A2.

Referring now to FIGS. 1, 3 and 7, the handle mechanism 34 operates to lift the liner 24 from the interior of the shell 22, and can be locked to maintain the liner 24 in the lifted position shown in FIGS. 1 and 3. The shell 22 has a recessed region 100 provided about its central portion. The recessed region 100 has a generally square or rectangular configura-tion, and is adapted to receive the handle 102 and link strip 104 of the handle mechanism 34. The handle mechanism 34 has a handle 102 that is pivotably coupled to a link strip 104. The handle 102 can be a generally flat piece of plastic or metal, and can be pivotably coupled adjacent its lower side 103 to the shell 22 at the top of the recessed region 100 (e.g., by inserting a pin 105 through a bore adjacent the lower side 103). The link strip 104 is preferably made from a material with sufficient strength to support the liner 24, such as plastic, steel, or a composite of plastic and steel. The link strip 104 has a first section 106 that is pivotably coupled (e.g., by inserting a pin 108 through a bore 110 at the end of the first section 106) to a mid-portion of the handle 102. The link strip 102 has a second section 112 that extends perpen-dicularly to and inwardly from the first section 106, which is then connected to an elongated third section 114 that is generally parallel to the first section 106. The third section 114 extends through a slot 120 in the recessed region 100 to extend inside the shell 22. The third section 114 has a hooked end 116 that is always positioned inside the shell 22, and which is adapted to engage the upper wall 118 of the indent 26. FIG. 7 illustrates the liner 24, and only the recessed region 100, handle 102 and link strip 104 while omitting the other elements of the shell 22.

FIGS. 1, 3 and 7 illustrate the handle 102 in the lifted or removal position, with the liner 24 being lifted partially out of the interior of the shell 22. To close the handle 102 and allow the liner 24 to fall back into the shell 22, the handle 102 is pivoted downwardly in the direction of the arrow A4. The pivoting of the handle 102 occurs about the pivot axis defined by the pin 105. The pivoting of the handle 102 simultaneously causes the link strip 104 to pivot about the handle 102 about the pivot axis defined by the pin 108. As the link strip 104 pivots, it is pushed vertically downwardly by the handle 102. As the link strip 104 slides down, the hooked end 116 also slides down within the elongated indent 26. The force of gravity will cause the liner 24 to slide down the interior of the shell 22 together with the hooked end 116. After the handle 102 has been pivoted by 180 degrees from the position shown in FIGS. 1, 3 and 7, the handle 102 will be in the storage or lowered position and will occupy most of the recessed region 100.

To lift the liner 24 from the storage position to the lifted or removal position, the handle 102 is pivoted upwardly in the direction opposite to the direction of the arrow A4. The upwardly pivoting handle 102 will actuate the pivots about the pins 105 and 108, which will cause the link strip 104 to be pulled upwardly. As the link strip 104 moves upwardly, its hooked end 116 (which is in engagement with the upper wall 118 of the indent 26) will simultaneously pull the liner 24 upwardly within the shell 22. Once the handle 102 is pivoted upwardly to about 120 degrees (i.e., also referred to as an "over-center" position) from its vertical storage posi-tion, the handle 102 will reach a locked position so that the handle 102 will be automatically biased to the vertical lifted or removal position shown in FIGS. 1, 3 and 7. When the handle 102 reaches this lifted or removal position, the liner 24 will be lifted to the position shown in FIGS. 1 and 3 (i.e.,

Exhibit 3

-62-

**7**

a portion of the liner 24 being lifted out of the shell 22), and will be maintained in this position by the locked handle 102 until the handle 102 is pivoted downwardly again in the direction of the arrow A4.

The present invention also provides apparatus to combat the foul odor of the waste products stored inside the trash can assembly 20. FIGS. 3 and 8 illustrate one embodiment, where a charcoal pad 140 can be secured to the inner surface 142 of the lid 32 by a removable attachment mechanism 132, which can be a nipple connector, opposing VELCRO™ pads, a hook, a fastener, glue, a screw-in connection, or the like. The charcoal pad 140 can be any conventional charcoal pad, which is activated carbon that functions to absorb odor. The air flow (see arrows in FIG. 3 that are directed towards charcoal pad 140) enhances the absorption of odor by forcing air through the charcoal, causing the charcoal to absorb the odor carried by the air.

FIGS. 9 and 10 illustrate another embodiment, where an ionizer box 150 can be secured to the inner surface 142 of the lid 32 by any of the attachment mechanisms 132 described above. Alternatively, the ionizer box 150 can be formed as part of the lid 32, and provided with an opening through which electric ions can be introduced and removed. A power cord 152 couples the ionizer box 150 and extends from the ionizer box 150 into the interior of the hinge housing 70 and coupled to a power source 154, which can be a battery pack. The power source 154 can be secured to the shell 22. By locating the power source 154 in the hinge housing 70, the present invention avoids adding unnecessary weight to the lid 32, making it easier for the user to open the lid 32, and to keep the lid 32 opened. The ionizer functions by forcing $O_2$ (oxygen) into $O_3$ (via electric charge), with the third oxygen molecule splitting off with the pollutant, leaving behind fresh $O_2$ (oxygen). The ionizer can be turned on at all times, or a sensor (not shown) can be incorporated to sense the opening and closing of the lid 32 (i.e., sense movement). As a result, the sensor will sense movement of the lid 32 and then function to turn on the ionizer for a specified time (e.g., fifteen minutes).

FIGS. 12–15 illustrate modifications that can be made to the trash can assembly 20 of FIGS. 1–8 and 11. The trash can assembly 20a in FIGS. 12–15 has the same construction as the trash can assembly 20 in FIGS. 1–8 and 11, except for the changes noted below. Therefore, the same numeral designations are used for both the trash can assemblies 20 and 20a to designate identical elements, except that an "a" is added to the designations in FIGS. 12–15.

The trash can assembly 20a differs from the trash can assembly 20 in that the handle mechanism 34 and its accompanying components have been replaced by a different mechanism. In the trash can assembly 20 of FIGS. 1–8 and 11, the handle mechanism 34 functions to lift the liner 24 from the interior of the shell 22 in a sanitary manner. However, the trash can assembly 20a in FIGS. 12–15 provides a different mechanism for accomplishing the same function. Specifically, as shown in FIGS. 12 and 13, an annular support frame 200 is attached to the top edge 202 of the shell 22a in a manner such that the frame 200 is slightly offset from the outer surface of the shell 22a to define a shoulder 204 along the top edge 202. The annular frame 200 has a height that is slightly less than the height of the lid 32a, and the annular side wall of the lid 32a rests on the shoulder 204 so that the frame 200 is positioned interior to and adjacent to the annular side wall of the lid 32a. One or more recesses 206 are provided in spaced-apart manner around the frame 200.

**8**

As best shown in FIG. 13, the liner 24a (which can be identical to the liner 24) is fitted inside the shell 22a, and a conventional trash bag 208 can be placed inside the liner 24a and the top edges of the trash bag 208 everted over the top edge of the liner 24a. When the liner 24a and its trash bag 208 are fully seated inside the shell 22a (see FIG. 14), the top edge of the trash bag 208 will be exposed at the regions of the recesses 206. Therefore, when the user wishes to remove the liner 24a, the user merely grips the top edge of the liner 24a and its trash bag 208 at the location of any recess 206, and then manually lifts the liner 24a. In addition, as shown in FIG. 15, when the lid 32a is closed, no part of the trash bag 208 will be exposed outside the confines of the shell 22a and the lid 32a because the liner 24a and its trash bag 208 are completely retained inside the interior of the shell 22a and the annular frame 200.

FIG. 16 is a rear plan view of the trash can assembly 20a illustrating another modification. Here, the hinge housing 70 in the trash can assembly 20 is modified so that the handle 130 is now replaced by a handle grip 220 that is integral (i.e., part of the same piece) with the hinge housing 70a. The hinge housing 70a can be made in one piece, and the handle grip 220 can be a groove cut from the outer surface of the hinge housing 70a so that the user can insert his or her fingers into the groove to grip the hinge housing 70a, and hence carry the trash can assembly 20a in this manner. By providing a handle grip 220 that is integral with the hinge housing 70a, the separate and space-occupying handle 130 can be omitted to reduce the cost of the trash can assembly 20a and to minimize the storage and packing space needed for the trash can assembly 20a.

Thus, the trash can assembly 20 of the present invention provides an improved and larger pedal 40 that is positioned and structured to provide more effective opening of the lid 32 and more convenient use by the user. In addition, the handle mechanism 34 and the recesses 206 provide effective mechanisms for lifting the liner 24 out of the shell 22.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

1. A trash can assembly, comprising:
a shell having an open top edge, an outer surface, a bottom end and a periphery, with the open top edge having a unitary frame extending from the top edge in a manner such that the frame is both upwardly and inwardly offset from the outer surface of the shell, the frame having a top edge;
at least one recess cut from the top edge of the frame;
a single lid fitted over the top edge;
a foot pedal positioned adjacent the bottom end of the shell, with a portion of the foot pedal positioned inside the periphery of the shell;
a link assembly coupling the foot pedal and the lid; and
a rigid liner fitted inside the shell and having a top edge, with a portion of the top edge being positioned adjacent the at least one recess for easy grasping of the rigid liner top edge for removal from the shell.

2. The assembly of claim 1, wherein the lid surrounds the frame.

Exhibit 3
-63-

US 7,225,943 B2

9

10

3. A trash can assembly, comprising:

a shell having a top end and a bottom end, the shell having an enclosing wall that defines a periphery;

a curved recess panel that is fitted in the enclosing wall adjacent the bottom end of the shell, the curved recess panel made of a different material than the enclosing wall of the shell;

a lid fitted over the top end;

a foot pedal partially positioned in the recess panel, with a portion of the foot pedal positioned inside the periphery of the shell; and

a base that defines a skirt surrounding the bottom end of the shell, with the foot pedal being pivotally secured to the base and radially flush with the skirt.

4. The assembly of claim 3, wherein the foot pedal pivots about a pivot point, with the pivot point positioned inside the periphery of the shell.

5. The assembly of claim 3, further including a link assembly coupling the foot pedal and the lid.

6. A trash can assembly, comprising:

a shell having an enclosing wall that defines a periphery;

a liner defining a container body that has a side wall, the liner fitted inside the shell and having an indent provided on the container body; and

a handle mechanism having a link strip that has a hooked end, the hooked end engaging the indent to lift the liner from inside the shell, with a first part of the link strip extending outside the enclosing wall of the shell, and a second part of the link extending inside the enclosing wall of the shell, and with the hooked end extending from the second part; and

wherein a length of the link strip is positioned adjacent and along the side wall of the container body.

7. A trash can assembly, comprising:

a shell having an enclosing wall that defines a periphery;

a liner defining a container body that has a side wall, the liner fitted inside the shell and having an indent provided on the container body; and

a handle mechanism having a link strip that has a hooked end, the hooked end engaging the indent to lift the liner from inside the shell, with a first part of the link strip extending outside the enclosing wall of the shell, and a second part of the link extending inside the enclosing wall of the shell, and with the hooked end being coupled to the second part;

wherein a length of the link strip is positioned adjacent and along the side wall of the container body; and

wherein the handle mechanism further includes a handle piece that is pivotally coupled to the enclosing wall of the shell and the first part of the link strip.

8. The assembly of claim 7, wherein the handle piece locks the link strip in a fixed position when the handle piece is pivoted pass an over-center position.

9. The assembly of claim 7, wherein the enclosing wall of the shell has a recessed region which receives the handle piece and the link strip.

10. The assembly of claim 7, wherein the link strip slides downwardly when the handle piece is pivoted downwardly.

11. The assembly of claim 7, wherein the link strip slides upwardly when the handle piece is pivoted upwardly.

*    *    *    *    *

Exhibit 3

-64-

# EXHIBIT 4



US007494021B2

(12) **United States Patent**
Yang et al.

(10) **Patent No.:** **US 7,494,021 B2**
(45) **Date of Patent:** **\*Feb. 24, 2009**

(54) **TRASH CAN ASSEMBLY WITH MOTION DAMPER FOR LID**

(75) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 575 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/086,932**

(22) Filed: **Mar. 22, 2005**

(65) **Prior Publication Data**

US 2006/0213910 A1     Sep. 28, 2006

(51) **Int. Cl.**
*B65D 43/26*     (2006.01)
*B65D 51/04*     (2006.01)

(52) **U.S. Cl.** ........................ **220/264**; 220/263; 220/908; 220/23.83; 220/845

(58) **Field of Classification Search** ................. 220/810, 220/264, 263, 908, 23.8
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,946,474 | A | 7/1960 | Knapp |
| 3,891,115 | A | 6/1975 | Ono |
| 4,014,457 | A | 3/1977 | Hodge |
| 4,630,332 | A | 12/1986 | Bisbing |
| 4,765,548 | A | 8/1988 | Sing |
| 5,170,904 | A | 12/1992 | Neuhaus |
| 5,213,272 | A | \* 5/1993 | Gallagher et al. ............. 241/33 |
| 5,322,179 | A | 6/1994 | Ting |
| 5,348,222 | A | 9/1994 | Patey |
| 5,385,258 | A | 1/1995 | Sutherlin |

| | | | |
|---|---|---|---|
| 5,471,708 | A | 12/1995 | Lynch |
| 6,000,569 | A | 12/1999 | Liu |
| 6,010,024 | A | 1/2000 | Wang |
| 6,024,238 | A | 2/2000 | Jaros |
| 6,036,050 | A | 3/2000 | Ruane |
| 6,209,744 | B1 | 4/2001 | Gill |
| 6,386,386 | B1 | 5/2002 | George |
| 6,390,321 | B1 | 5/2002 | Wang |
| 6,401,958 | B1 | 6/2002 | Foss et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE          1610087     7/1950

(Continued)

OTHER PUBLICATIONS

Trento Corner 23 Trash Can, Hailo product brochure. http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.

*Primary Examiner*—Robin Hylton
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57) **ABSTRACT**

A trash can assembly has an outer shell having an enclosing wall, a top end, and a bottom end. The assembly includes a pedal bar pivotably coupled to the bottom end, a lid pivotably coupled to the top end, and a lifting rod that extends vertically inside the outer shell, with the lifting rod coupling the lid and the rear end of the pedal bar. An air damper is provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar.

**5 Claims, 4 Drawing Sheets**



Exhibit 4
-65-

**US 7,494,021 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,626,317 B2 | 9/2003 | Pfiefer et al. | |
| 6,981,606 B2 * | 1/2006 | Yang et al. | 220/23.87 |
| 2003/0201267 A1 | 10/2003 | Yang et al. | |
| 2004/0164077 A1 | 8/2004 | Kuo | |

FOREIGN PATENT DOCUMENTS

| DE | 1283741 | 7/1966 |
|---|---|---|

| EP | 1094017 | 4/2001 |
|---|---|---|
| EP | 1136393 | 4/2004 |
| NL | 6 908 550 | 12/1970 |

* cited by examiner

Exhibit 4

-66-



FIG·1

Exhibit 4
-67-



FIG. 2A

FIG. 2B

Exhibit 4
-68-



FIG·3A



FIG·4A

Exhibit 4
-69-



FIG·3B



FIG·4B

Exhibit 4
-70-

US 7,494,021 B2

**1**

## TRASH CAN ASSEMBLY WITH MOTION DAMPER FOR LID

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to trash can assemblies, and in particular, to a trash can assembly that has a mechanism for slowing the closing motion of the lid.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to deposit trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans are noisy to use. In particular, stepping on a foot pedal of a conventional trash can often result in a loud banging noise as the lid is forced open immediately, and releasing the step on the foot pedal will also result in another loud banging noise as the lid slams shut under the force of gravity and the weight of the lid. These banging actions also result in wear and tear to the contacting parts.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

### SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that reduces noise and wear when the foot pedal is actuated to open and close the lid.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has an outer shell having an enclosing wall, a top end, and a bottom end. The assembly includes a pedal bar pivotably coupled to the bottom end, a lid pivotably coupled to the top end, and a lifting rod that extends vertically inside the outer shell, with the lifting rod coupling the lid and the rear end of the pedal bar. An air damper is provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of a trash can assembly according to one embodiment of the present invention shown with the lid opened.

FIG. **2A** is a rear perspective view of the link assembly of the trash can assembly of FIG. **1** with the lid closed.

FIG. **2B** is a front perspective view of the link assembly of the trash can assembly of FIG. **1** with the lid completely opened.

**2**

FIG. **3A** is a side plan view of the link assembly of the trash can assembly of FIG. **1** with the lid opened.

FIG. **3B** is a side plan view of the link assembly of the trash can assembly of FIG. **1** with the lid closed.

FIG. **4A** is a cross-sectional view of the pedal bar and damper housing of the trash can assembly of FIG. **1** when the lid is opened.

FIG. **4B** is a cross-sectional view of the pedal bar and damper housing of the trash can assembly of FIG. **1** when the lid is closed.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. **1**-**4B** illustrate one embodiment of a trash can assembly **20** according to the present invention. The assembly **20** has an outer shell **22** and an inner liner (not shown) that is adapted to be retained inside the outer shell **22**. The outer shell **22** is supported on a base **52**. An upper support frame **32** can be secured to the opened top of the outer shell **22**, and can be provided in a separate material (e.g., plastic) from the outer shell **22**.

The outer shell **22** can assume any configuration. As a non-limiting example, FIG. **1** illustrates the outer shell **22** as having a generally four-sided configuration with a rear wall **24**, a front wall **26**, and two side walls **25**, **27**. The inner liner can have the same, or different, shape as the outer shell **22**. A lid **28** is pivotably connected to a top edge of the rear wall **24** via a shaft (not shown) that is retained inside a sleeve **32**. The sleeve **32** extends along an inner edge **34** of the lid **28**. The shaft has opposing ends that are pivotably secured to the upper support frame **30**, so that the lid **28** can pivot about an axis defined by the shaft and its corresponding sleeve **32**. Two L-shaped brackets **36** are provided on the bottom surface of the lid **28** at opposite sides of the lid **28** adjacent the sleeve **32**. One leg of each bracket **36** is secured to the underside of the lid **28**, and the other leg of each bracket **36** has an opening that is adapted to receive an upper hooked end **38** of a corresponding lifting rod **40**. The outer shell **22** and its lid **28** can be made of a solid and stable material, such as a metal.

Referring also to FIGS. **2A**-**4B**, a foot pedal **48** is secured to (or made in one piece with) a pedal bar **50** that is pivotably coupled to the base **52** (e.g., using a fulcrum rod, as is well known in the art) at a pivoting axis **54** that is located at about the center of the pedal bar **50**. The pedal bar **50** can be made of a material (e.g., metal) that carries some weight, or can be made from a lightweight material (e.g., plastic). The front of the pedal bar **50** is connected to the foot pedal **48**, and the length of the pedal bar **50** extends along the base **52**, with the rear of the pedal bar **50** pivotably coupled to the lifting rods **40** that extend upwardly along the rear of the outer shell **22** to connect the lid **28**. The hooked end **38** of each lifting rod **40** is provided at the top end of the corresponding lifting rod **40** for coupling to the corresponding bracket **36**.

The pedal bar **50** and the lifting rods **40** operate to translate an up-down pivot motion of the pedal **48** to an up-down pivot motion for the lid **28**. In particular, the pedal bar **50** can be pivoted between two positions, a first rest position as shown

Exhibit 4

-71-

US 7,494,021 B2

3

(where the lid 28 is closed) in FIGS. 2A, 3B and 4B, where the foot pedal 48 at the front of the pedal bar 50 is at a vertically higher position than the rear of the pedal bar 50, and a second open position (where the lid 28 is completely opened) as shown in FIGS. 2B, 3A and 4A, where the foot pedal 48 is pressed to a vertically lower position than the rear of the pedal bar 50. In the second opened position, the foot pedal 48 is pressed to cause the pedal bar 50 to pivot, causing the rear of the pedal bar 50 to be raised upwardly, thereby pushing the lifting rods 40 upwardly to cause the hooked end 38 to push the bracket 36 upwardly, which causes the lid 28 to open. When the foot pedal 48 is maintained in this second opened position, the hooked end 38 will continue to maintain the lid 28 in the opened position. When the force on the foot pedal 48 is removed, the combined forces from the eight of the lid 28 (if applicable), the weight of the pedal bar 50 (if applicable), and gravity, will push the lifting rods 40 downward, causing the pedal bar 50 to pivot to the first rest position. Unfortunately, these combined forces can be large enough to cause the lid 28 to slam shut very quickly. As a result, the present invention provides a mechanism for slowing this closing motion of the lid 28, which focuses on slowing the downward motion of the rear of the pedal bar 50.

Referring to FIGS. 1-4B, a damper housing 60 is fixedly secured to the rear of the base 52 at about the center of the base 52. An air piston 62 is housed inside the damper housing 60, and is pivotally connected to the rear of the pedal bar 50. The air piston 62 functions to dampen or slow the closing motion of the lid 28.

Specifically, FIG. 4A illustrates the position of the air piston 62 inside the damper housing 60 when the lid 28 is completely opened. Referring also to FIG. 3A, in this opened position, the lifting rods 40 are raised by the bracket 36 and the lid 28, so that the rear of the pedal bar 50 is also raised with respect to the foot pedal 48 at the front of the pedal bar 50. When the rear of the pedal bar 50 is raised, the air piston 62 is pushed upwardly inside the damper housing 60 by the rear of the pedal bar 50 (see FIG. 4A). As the force on the foot pedal 48 is released, the combined forces from the weight of the lid 28 (if applicable), the weight of the pedal bar 50 (if applicable), and gravity, will push the lifting rods 40 downwardly. As the lifting rods 40 move downwardly (see FIG. 3B), the lifting rods 40 will push the rear of the pedal bar 50 downwardly, thereby pulling the air piston 62 downwardly within the damper housing 62 (see FIG. 4B). However, the drum of the air piston 62 positioned inside the damper housing 62 will oppose the immediate downward motion of the rear of the pedal bar 50, thereby slowing the downward motion of the lifting rods 40 and the lid 28.

When a force is applied to the foot pedal 48, the pedal bar 50 is pivoted again to cause the rear of the pedal bar 50 to be raised, thereby raising the lifting rods 40 and the lid 28 to the opened position shown in FIGS. 1, 2B, 3A and 4A. The air piston 62 is also pushed upwardly when the rear of the pedal bar 50 is raised, and does not apply any force to oppose its own upward motion inside the damper housing 60.

4

Thus, the present invention provides an air dampening mechanism (i.e., air piston 62) that slows the downward motion of the lifting rods 40, thereby slowing the closing motion of the lid 28. The structure of the air piston 62 is very simple, thereby reducing the cost of the trash can assembly while improving its performance and effectiveness.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

1. A trash can assembly, comprising:

an outer shell having an enclosing wall and a top end;

a base supporting the outer shell;

a pedal bar pivotably coupled to the base, the pedal bar having a rear end;

a lid pivotably coupled to the top end;

a lifting rod that extends vertically inside the outer shell, the lifting rod coupling the lid and the rear end of the pedal bar; and

an air damper provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar, the air damper comprising a housing mounted to the base.

2. The assembly of claim 1, wherein the lifting rod has an upper hooked end that is pivotably coupled to the lid.

3. The assembly of claim 1, wherein the air damper is positioned on top of the base.

4. The assembly of claim 1, wherein the air damper is positioned above the rear end of the pedal bar.

5. A method of slowing the closing motion of a lid of a trash can assembly, comprising:

a. providing a trash can assembly having:

an outer shell having an enclosing wall and a top end;

a base supporting the outer shell;

a pedal bar pivotably coupled to the bottom end, the pedal bar having a rear end;

a lid pivotably coupled to the top end, and operably coupled to the rear end of the pedal bar;

an air damper inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar, the air damper comprising a housing mounted to the base; and

b. applying an opposing force against the downward motion of the rear of the pedal bar when the lid is being closed.

*     *     *     *     *

Exhibit 4

-72-

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA


### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY


This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Andrew J. Wistrich.

The case number on all documents filed with the Court should read as follows:

## CV09- 1373 DSF (AJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.


All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SIMPLEHUMAN, LLC,
   a California limited liability company

PLAINTIFF(S)

v.

CUISINART CORPORATION, LIFETIME BRANDS,
INC., and M. KAMENSTEIN, INC.

DEFENDANT(S) .

CASE NUMBER

CV09-1373 DSF AJWx

**SUMMONS**

TO:  DEFENDANT(S):  Cuisinart Corporation, Lifetime Brands, Inc.,& M. Kamenstein,Inc.

    A lawsuit has been filed against you.

    Within 20_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached [x] complaint [ ] _____ amended complaint [ ] counterclaim [ ] cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Brenton R. Babcock_____ , whose address is 2040 Main Street, Fourteenth Floor; Irvine, CA 92614_____ . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: February 26, 2009_____

By: _____

**NATALIE LONGORIA**

Deputy Clerk

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

1198

CV-01A (12/07)           **SUMMONS**

CCD-1A

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company | CUISINART CORPORATION, a Delaware corporation, LIFETIME BRANDS, INC., a Delaware corporation, and M. KAMENSTEIN, a New York Corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Brenton R. Babcock/ Paul N. Conover Amy C. Chun / Kent Shum KNOBBE, MARTENS, OLSON & BEAR 2040 Main Street, 14th Floor Irvine, CA 92614 (949) 760-0404 | |

**II.  BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V.  REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined

**VI.  CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

35 U.S.C. Section 100, et seq. Complaint for patent infringement.

**VII.  NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 660 Occupational Safety/Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: _____   CV09-1373

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a).    IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  [X] No   [ ] Yes
If yes, list case number(s): _____

**VIII(b).   RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  [X] No   [ ] Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)        [ ]   A. Arise from the same or closely related transactions, happenings, or events; or
                                    [ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                    [ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                    [ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:** (When completing the following information, use an additional sheet if necessary.)
(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
   [ ]   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
   [ ]   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware and New York |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _[signature]_        Date February 26, 2009
                                            Brenton R. Babcock

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |