COPY

1  Brenton R. Babcock (SBN 162,120)
   *Brent.Babcock@kmob.com*
2  Paul N. Conover (SNB 192,358)
   *Paul.Conover@kmob.com*
3  Amy C. Chun (SBN 204,052)
   *Amy.Chun@kmob.com*
4  Kent Shum (SBN 259,189)
   *Kent.Shum@kmob.com*
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
6  Fourteenth Floor
   Irvine, CA  92614
7  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
8
   Attorneys for Plaintiff
9  SIMPLEHUMAN, LLC

10

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 SIMPLEHUMAN, LLC,<br>16    a California limited liability company,<br>17        Plaintiff,<br>18       v.<br>19 CONAIR CORPORATION, a Delaware<br>corporation, and LIFETIME BRANDS,<br>20 INC., a Delaware corporation,<br>21       Defendants.<br>22 | Civil Action No.<br><br>CV 09-1373 DSF (AJWx)<br><br>**FIRST AMENDED<br>COMPLAINT FOR PATENT<br>INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

23

24

25

26

27

28

Plaintiff Simplehuman, LLC ("Simplehuman"), for its First Amended Complaint against Defendants Conair Corporation ("Conair") and Lifetime Brands, Inc. ("Lifetime Brands"), alleges as follows:

## PARTIES

1.    Plaintiff Simplehuman is a California Limited Liability Company having a principal place of business at 19801 S. Vermont Avenue, Torrance, California 90502.

2.    Simplehuman manufactures trash cans and sells and distributes them throughout the United States and in other countries, including in this Judicial District.

3.    Upon information and belief, Defendant Conair is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at 150 Milford Road, Hightstown, New Jersey 10523.

4.    Upon information and belief, Defendant Lifetime Brands is a corporation organized and existing under the laws of the state of Delaware, having a principal place of business at 1000 Stewart Avenue, Garden City, New York 11530.

## JURISDICTION AND VENUE

5.    This action arises under the Patent Laws of the United States, 35 U.S.C. §§ 100, *et seq*.

6.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

7.    Upon information and belief, Conair conducts business throughout the United States, including in this Judicial District, and has committed the acts complained of in this Judicial District and elsewhere.

8.    Upon information and belief, Lifetime Brands conducts business

/ / /

1    throughout the United States, including in this Judicial District, and has
2    committed the acts complained of in this Judicial District and elsewhere.

3      9. This Court has personal jurisdiction over Defendants by virtue of
4    their systematic and continuous contacts with California and by virtue of their
5    actions in California, including in this Judicial District, constituting
6    infringement of the patents in suit.

7      10. Venue is proper in this Judicial District pursuant to 28 U.S.C. §
8    1391(b), (c) and 1400(b), and by Plaintiff's choice of venue.

**FIRST CLAIM FOR RELIEF**

**INFRINGEMENT OF U.S. PATENT NO. 7,077,283**

11     11. Plaintiff incorporates by reference and realleges each of the
12   allegations set forth in Paragraphs 1-10 above.

13     12. On July 18, 2006, U.S. Patent No. 7,077,283 ("the '283 Patent"),
14   entitled "Trash Can Assembly," was duly and legally issued by the United
15   States Patent and Trademark Office. Simplehuman is the owner by assignment
16   of all right and title, both legal and equitable, to the '283 Patent, and has been
17   the owner of the '283 Patent since the date of its issuance. A copy of the '283
18   Patent is attached hereto as Exhibit 1.

19     13. Plaintiff has provided proper and sufficient notice to the public that
20   its products are patented under the '283 Patent by marking its products with the
21   patent number.

22     14. Defendants manufacture, distribute, import, offer to sell, and/or sell
23   in the United States certain trash can products that infringe the '283 Patent,
24   including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-
25   On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the
26   Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

27     15. Upon information and belief, Defendants have contributed to the
28   infringement of the '283 Patent by others, through their activities relating to

their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

16.    Upon information and belief, Defendants have induced infringement of the '283 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

17.    Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

18.    Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

19.    Defendants' infringement of the '283 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

20.    Upon information and belief, Defendants' infringement of the '283 patent was and is willful and deliberate, entitling Plaintiff to enhanced damages under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 7,121,421

21.    Plaintiff incorporates by reference and realleges each of the allegations set forth in Paragraphs 1-20 above.

22.    On October 17, 2006, U.S. Patent No. 7,121,421 ("the '421

-4-

Patent"), entitled "Trash Can Assembly," was duly and legally issued by the United States Patent and Trademark Office. Simplehuman is the owner by assignment of all right and title, both legal and equitable, to the '421 Patent, and has been the owner of the '421 Patent since the date of its issuance. A copy of the '421 Patent is attached hereto as Exhibit 2.

23. Defendants manufacture, distribute, import, offer to sell, and/or sell in the United States certain trash can products that infringe the '421 Patent, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

24. Upon information and belief, Defendants have contributed to the infringement of the '421 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

25. Upon information and belief, Defendants have induced infringement of the '421 Patent by others, through their activities relating to their trash can products, including but not limited to: the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

26. Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

27. Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

28. Defendants' infringement of the '421 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law.

1   Defendants' infringement will continue, and will continue to cause irreparable
2   harm to Simplehuman, unless Defendants' infringement is enjoined by this
3   Court.

4       29.    Upon information and belief, Defendants' infringement of the '421
5   patent was and is willful and deliberate, entitling Plaintiff to enhanced damages
6   under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35
7   U.S.C. § 285.

8   **THIRD CLAIM FOR RELIEF**
9   **INFRINGEMENT OF U.S. PATENT NO. 7,225,943**

10      30.    Plaintiff incorporates by reference and realleges each of the
11  allegations set forth in Paragraphs 1-29 above.

12      31.    On June 5, 2007, U.S. Patent No. 7,225,943 ("the '943 Patent"),
13  entitled "Trash Can Assembly and Improvements Thereto," was duly and
14  legally issued by the United States Patent and Trademark Office. Simplehuman
15  is the owner by assignment of all right and title, both legal and equitable, to the
16  '943 Patent, and has been the owner of the '943 Patent since the date of its
17  issuance. A copy of the '943 Patent is attached hereto as Exhibit 3.

18      32.    Plaintiff has provided proper and sufficient notice to the public that
19  its products are patented under the '943 Patent by marking its products with the
20  patent number.

21      33.    Defendants manufacture, distribute, import, offer to sell, and/or sell
22  in the United States certain trash can products that infringe the '943 Patent,
23  including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-
24  On Can, and the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can.

25      34.    Upon information and belief, Defendants have contributed to the
26  infringement of the '943 Patent by others, through their activities relating to
27  their trash can products, including but not limited to, the Cuisinart 35-Liter
28  / / /

1  Slim-Fit Stainless Steel Step-On Can, and the Cuisinart 40-Liter Half-Round
2  Stainless Steel Step-On Can.

3      35.   Upon   information   and   belief,   Defendants   have   induced
4  infringement of the '943 Patent by others, through their activities relating to
5  their trash can products, including but not limited to, the Cuisinart 35-Liter
6  Slim-Fit Stainless Steel Step-On Can, and the Cuisinart 40-Liter Half-Round
7  Stainless Steel Step-On Can.

8      36.   Each of Defendants' infringing activities is without the consent of,
9  authority of, or license from Plaintiff.

10     37.   Defendants'   acts   of   infringement   have   caused   damage   to
11 Simplehuman in an amount to be determined at trial.

12     38.   Defendants' infringement of the '943 Patent is causing irreparable
13 harm to Simplehuman, for which there is no adequate remedy at law.
14 Defendants' infringement will continue, and will continue to cause irreparable
15 harm to Simplehuman, unless Defendants' infringement is enjoined by this
16 Court.

17     39.   Upon information and belief, Defendants' infringement of the '943
18 patent was and is willful and deliberate, entitling Plaintiff to enhanced damages
19 under 35 U.S.C. § 284 and attorneys' fees and non-taxable costs under 35
20 U.S.C. § 285.

## FOURTH CLAIM FOR RELIEF

## INFRINGEMENT OF U.S. PATENT NO. 7,494,021

23     40.   Plaintiff incorporates by reference and realleges each of the
24 allegations set forth in Paragraphs 1-39 above.

25     41.   On February 24, 2009, U.S. Patent No. 7,494,021 ("the '021
26 Patent"), entitled "Trash Can Assembly with Motion Damper for Lid," was duly
27 and legally issued by the United States Patent and Trademark Office.
28 Simplehuman is the owner by assignment of all right and title, both legal and

-7-

equitable, to the '021 Patent, and has been the owner of the '021 Patent since the date of its issuance. A copy of the '021 Patent is attached hereto as Exhibit 4.

42. Defendants manufacture, distribute, import, offer to sell, and/or sell in the United States certain trash can products that infringe the '021 Patent, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

43. Upon information and belief, Defendants have contributed to the infringement of the '021 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

44. Upon information and belief, Defendants have induced infringement of the '021 Patent by others, through their activities relating to their trash can products, including but not limited to, the Cuisinart 35-Liter Slim-Fit Stainless Steel Step-On Can, the Cuisinart 40-Liter Half-Round Stainless Steel Step-On Can, and the Hoffritz 40-Liter Half-Round Stainless Steel Step-On Can.

45. Each of Defendants' infringing activities is without the consent of, authority of, or license from Plaintiff.

46. Defendants' acts of infringement have caused damage to Simplehuman in an amount to be determined at trial.

47. Defendants' infringement of the '021 Patent is causing irreparable harm to Simplehuman, for which there is no adequate remedy at law. Defendants' infringement will continue, and will continue to cause irreparable harm to Simplehuman, unless Defendants' infringement is enjoined by this Court.

# **PRAYER FOR RELIEF**

WHEREFORE, Simplehuman prays for judgment and seeks relief as follows:

A.     A judgment that Defendants have infringed U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021;

B.     Preliminary and permanent injunctions against further infringement of U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021, including injunctions against direct infringement, contributory infringement, and induced infringement;

C.     An award of damages for Defendants' infringement of U.S. Patent Nos. 7,077,283, 7,121,421, 7,225,943, and 7,494,021;

D.     A declaration that Defendants' infringement of U.S. Patent Nos. 7,077,283, 7,121,421, and 7,225,943 was and is willful, and that this is an exceptional case under 35 U.S.C. § 285;

E.     A trebling of the award of damages under 35 U.S.C. § 284, or such other enhancement of the award of damages that the Court deems appropriate;

F.     An award of attorneys' fees and non-taxable costs under 35 U.S.C. § 285 on account of Defendants' willful infringement;

G.     An award of taxable costs; and

H.     Such other and further relief as this Court may deem just and proper.

Respectfully Submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  March 16, 2009          By: _____

Brenton R. Babcock
Paul N. Conover
Amy C. Chun
Kent Shum
Attorneys for Plaintiff
SIMPLEHUMAN, LLC

# DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff Simplehuman, LLC demands a trial by jury of all issues raised by the pleadings which are triable by jury.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: _March 16, 2009_ By: _____

Brenton R. Babcock
Paul N. Conover
Amy C. Chun
Kent Shum
Attorneys for Plaintiff
SIMPLEHUMAN, LLC

6798465

# EXHIBIT 1



US007077283B2

(12) **United States Patent**
Yang et al.

(10) **Patent No.:** **US 7,077,283 B2**
(45) **Date of Patent:** **Jul. 18, 2006**

(54) **TRASH CAN ASSEMBLY**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehuman LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/614,557**

(22) Filed: **Jul. 7, 2003**

(65) **Prior Publication Data**

US 2005/0006536 A1    Jan. 13, 2005

(51) **Int. Cl.**
*B65D 43/26* (2006.01)

(52) **U.S. Cl.** .................................... **220/262**; 220/908.1

(58) **Field of Classification Search** ................. 248/95, 248/97, 99, 907;  220/908, 908.1, 262, 263, 220/264

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,946,474 A | * | 7/1960 | Knapp | 220/23.87 |
| 3,762,599 A | * | 10/1973 | Bourgeois | 141/391 |
| 4,445,619 A | * | 5/1984 | Kubic et al. | 220/263 |
| 4,972,966 A | * | 11/1990 | Craft, Jr. | 220/264 |
| 5,125,526 A | * | 6/1992 | Sumanis | 220/263 |
| 5,390,818 A | * | 2/1995 | LaBuda | 220/676 |
| 5,598,942 A | * | 2/1997 | Cowie | 220/495.08 |
| 6,010,024 A | * | 1/2000 | Wang | 220/23.87 |
| 6,102,343 A | * | 8/2000 | Grimesey et al. | 248/95 |
| 6,176,455 B1 | * | 1/2001 | Ma | 248/101 |
| 6,296,138 B1 | * | 10/2001 | Hannah et al. | 220/495.08 |
| 6,364,147 B1 | * | 4/2002 | Meinzinger et al. | 220/495.06 |
| 6,808,081 B1 | * | 10/2004 | Citro | 220/772 |
| 2002/0079315 A1 | * | 6/2002 | Yang | |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| JP | 2002274601 A | * | 9/2002 | |
| JP | 2003112806 A | * | 4/2004 | |

* cited by examiner

*Primary Examiner*—A. Joseph Wujciak, III
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57) **ABSTRACT**

A trash can assembly has a shell, a liner fitted inside the shell, a lid fitted over the top end of the shell, a foot pedal positioned adjacent the bottom end of the shell, a link assembly coupling the foot pedal and the lid, and a support block provided adjacent the bottom end of the shell for supporting the liner in a raised position with respect to the shell. In use, the user can fit a trash bag inside the liner, and then seat the liner inside the shell. To replace the trash bag, the user can raise the liner with respect to the interior of the shell, and support the liner on the support block in a raised position with respect to the shell when removing the trash bag.

**8 Claims, 5 Drawing Sheets**



Exhibit 1
-12-



FIG.1

Exhibit 1
-13-



FIG.2

Exhibit 1
-14-



FIG.3

Exhibit 1
-15-



FIG.4

Exhibit 1
-16-



FIG.5

Exhibit 1
-17-

US 7,077,283 B2

**1**

# TRASH CAN ASSEMBLY

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that allows for convenient and sanitary replacement of a trash bag from an internal liner.

### 2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an internal metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

A number of these drawbacks are associated with the internal liner. In conventional trash cans, a trash bag is fitted over the internal liner, and the user typically needs to raise the liner from the interior of the trash can to remove the trash bag. When the user raises the liner from the trash can, the user may need to grip portions of the trash bag on the interior of the liner, so that the user's fingers may come into contact with dirt, germs or trash items. In addition, the user often needs to remove the entire internal liner to replace the trash bag because there is no mechanism for maintaining the liner in a raised position with respect to the trash can when the user is replacing the trash bag. Unfortunately, the removal of the internal liner is not sanitary since this might result in the spillage or spread of waste material.

Thus, there remains a need for a trash can that facilitates the convenient and sanitary replacement of a trash bag from an internal liner.

## SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that allows the user to remove an internal liner in a sanitary manner.

It is another object of the present invention to provide a trash can assembly that facilitates the convenient and sanitary replacement of a trash bag from an internal liner.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a shell, a liner fitted inside the shell, a lid fitted over the top end of the shell, a foot pedal positioned adjacent the bottom end of the shell, a link assembly coupling the foot pedal and the lid, and a support block provided adjacent the bottom end of the shell for supporting the liner in a raised position with respect to the shell.

In use, the user can fit a trash bag inside the liner, and then seat the liner inside the shell. To replace the trash bag, the user can raise the liner with respect to the interior of the

**2**

shell, and support the liner on the support block in a raised position with respect to the shell while removing the trash bag.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of a trash can assembly according to one embodiment of the present invention shown with an internal liner partially raised from within the shell of the trash can assembly.

FIG. **2** is a perspective skeletal view of certain internal components of the trash can assembly of FIG. **1**.

FIG. **3** is a perspective skeletal view of the link assembly that couples the foot pedal and lid of the trash can assembly of FIG. **1**.

FIG. **4** is a perspective view of the trash can assembly of FIG. **1** illustrating the internal liner fitted completely inside the shell.

FIG. **5** is a perspective view of the trash can assembly of FIG. **1** illustrating the internal liner partially raised from within the shell.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. **1**–**5** illustrate one embodiment of a trash can assembly **20** according to the present invention. The assembly **20** has a shell **22** and an internal liner **24** that is adapted to be retained inside the shell **22**. The shell **22** can be made from either plastic or metal. The liner **24** is essentially a container, and can also be made from either plastic or metal. The shell **22** is an enclosing wall which can have any desired shape, including oval, triangular, rectangular, square or circular (among others). The liner **24** can have the same shape as the shell **22**. An upper support frame **28** can be secured to the opened top of the shell **22**, and can be provided in a separate material (e.g., plastic if the shell **22** is metal) from the shell **22**.

A lid **32** is hingedly connected to the upper support frame **28** using hinged connections that are well-known in the art, and will not be described in greater detail herein. As one non-limiting example, the lid **32** can be hingedly connected to the shell **22** in the manner that is described in U.S. Publication No. US-2002-0079315-A1, published on Jun. 27, 2002 and entitled "Trash Can Assembly With Toe-Kick Recess", whose entire disclosure is incorporated by this reference as though set forth fully herein. The shell **22** and its lid **32** can be made of a solid and stable material, such as a metal. The shell **22** has a base **34**, and a foot pedal **36** is pivotably secured to the base **34**.

Referring to FIG. **3**, a link assembly **38** extends from the foot pedal **36** along the base **34** and then upwardly along the shell **22** to the upper support frame **28** and the lid **32**. The link assembly **38** operates to translate an up-down pivot motion of the pedal **36** to an up-down pivot motion for the lid **32**. The construction and operation of link assemblies are well-known in the art, and will not be described in greater detail herein. As one non-limiting example, the link assem-

Exhibit 1

-18-

US 7,077,283 B2

3

bly **38**, foot pedal **36** and lid **32** can be constructed in accordance with that which is described in U.S. Publication No. US-2002-0079315-A1, published on Jun. 27, 2002 and entitled "Trash Can Assembly With Toe-Kick Recess".

The base **34** of the shell **22** defines a generally annular and curved skirt or flange portion **42**. In one embodiment of the present invention, the skirt **42** is formed in one plastic piece. The shell **22** can be attached to the top of the skirt **42** of the base. **34** by a groove snap-on, glue, welding, screws, and similar attachment mechanisms. A support block **44** is provided on the rear part of the base **34**, adjacent the link assembly **38**. The support block **44** can be embodied in the form of a plastic or metal block having a height that is, in one non-limiting embodiment, at least one inch, and through which the link assembly **38** can extend.

The upper support frame **28** has an annular recessed wall **46**. One or more cut-outs or grooves **48** are spaced-apart about the wall **46**. The grooves **48** allow the user to insert his or her fingers through the grooves **48** under the upper lip **50** of the internal liner **24** to lift the internal liner **24** from the interior of the shell **24** when the lid **32** is opened. This provides a convenient way for the user to remove the internal liner **24** from the shell **22**, without requiring the user to place his or her hands inside the internal liner **24** to grip the internal liner **24**.

FIG. **4** illustrates the trash can assembly **20** with the lid **32** pivoted to the open position, and with the internal liner **24** completely seated inside the interior of the shell **22**. In this position, the lip **50** of the liner **24** is preferably aligned with the top annular edge **52** of the annular wall **46**. As best seen in FIG. **4**, a portion of the lip **50** of the liner **24** can be accessed via any of the grooves **48** in the annular wall **46**. Thus, the user can raise the liner **24** by gripping the lip **50** via any groove **48**.

Once the liner **24** has been raised, the user can tilt the bottom **58** of the liner **24** towards the link assembly **38** (i.e., towards the rear of the shell **22**) so that the bottom **58** of the liner **24** is seated on top of the support block **44**, as shown in FIGS. **1** and **5**. Thus, the support block **44** functions to maintain the liner **24** at a position where the liner **24** is slightly raised with respect to the shell **22**, so as to provide sufficient clearance for the user to grip the trash bag. The user can then remove the existing trash bag, and replace it with a new trash bag, all while the liner **24** remains inside the shell **22**. When the user has completed the replacement of the trash bag, the user can lift the internal liner **24** slightly and then tilt the bottom **58** of the liner **24** away from the link assembly **38** (i.e., towards the front of the shell **22**) so that the bottom **58** of the liner **24** can be fitted via gravity on the top surface of the base **34**, as shown in FIG. **4**.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

a shell having a top end and a bottom end;

a rigid liner defining a container body having a bottom and an enclosing side wall, the liner fitted inside the shell;

a lid fitted over the top end of the shell; and

a support block provided adjacent the bottom end of the shell;

wherein the liner is adapted to be positioned in a first position with the support block located side-by-side with the side wall of the container body, and is adapted to be positioned in a second raised position, with the bottom of the container body seated on top of the support block; and

wherein the container body is at a first vertical level in the first position, and is at a second vertical level in the second raised position, with the second vertical level being higher than the first vertical level.

**2**. The assembly of claim **1**, wherein the enclosing side wall has an upper lip, and wherein the assembly further includes an annular wall provided at the top end of the shell, the annular wall having a groove which exposes a portion of the upper lip.

**3**. The assembly of claim **1**, further including a base provided at the bottom end of the shell, with the support block positioned on the base, and with the bottom of the container body seated on the base when in the first position.

**4**. The assembly of claim **3**, wherein the base defines a skirt surrounding the bottom end of the shell.

**5**. The assembly of claim **1**, further including a foot pedal positioned adjacent the bottom end of the shell.

**6**. The assembly of claim **5**, further including a link assembly coupling the foot pedal and the lid.

**7**. The assembly of claim **1**, wherein the entire support block is positioned below the bottom of the container body in the second raised position.

**8**. The assembly of claim **1**, further including a base provided at the bottom end of the shell, the base having a height, and wherein the support block has a height which is greater than the height of the base.

\*  \*  \*  \*  \*

Exhibit 1

-19-

# EXHIBIT 2



US007121421B2

(12) **United States Patent**
Yang et al.

(10) Patent No.: **US 7,121,421 B2**
(45) Date of Patent: **Oct. 17, 2006**

(54) **TRASH CAN ASSEMBLY**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehuman, LLC**, Los Angeles, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 3 days.

(21) Appl. No.: **10/717,038**

(22) Filed: **Nov. 19, 2003**

(65) **Prior Publication Data**

US 2005/0103788 A1    May 19, 2005

(51) **Int. Cl.**
*B65D 43/26* (2006.01)

(52) **U.S. Cl.** ...................................... **220/263**; 220/908

(58) **Field of Classification Search** ............... 220/263, 220/262, 264, 908, 908.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,271,918 A | * | 2/1942 | Glowka | ................... 220/23.87 |
| 2,946,474 A | | 7/1960 | Knapp | |
| 3,817,448 A | | 6/1974 | Schneider | |
| 3,891,115 A | | 6/1975 | Ono | |
| 4,164,178 A | | 8/1979 | Baumann et al. | |
| D284,320 S | * | 6/1986 | Kubic et al. | ................... D34/1 |
| D294,992 S | * | 3/1988 | Bouge | ........................... D34/1 |
| 4,765,548 A | | 8/1988 | Sing | |
| 4,953,740 A | * | 9/1990 | Koda | .......................... 220/263 |
| 4,972,966 A | * | 11/1990 | Craft, Jr. | ..................... 220/264 |
| 5,170,904 A | | 12/1992 | Neuhaus | |
| 5,249,693 A | * | 10/1993 | Gillispie et al. | ............ 220/263 |
| 5,322,179 A | | 6/1994 | Ting | |
| 6,010,024 A | | 1/2000 | Wang | |
| 6,209,744 B1 | | 4/2001 | Gill | |

| | | | | |
|---|---|---|---|---|
| 6,345,725 | B1 | * | 2/2002 | Lin | ............................ 220/263 |
| 6,364,147 | B1 | * | 4/2002 | Meinzinger et al. | ... 220/495.06 |
| 6,390,321 | B1 | | 5/2002 | Wang | |
| 6,626,317 | B1 | * | 9/2003 | Pfiefer et al. | ............... 220/263 |
| 6,837,393 | B1 | * | 1/2005 | Kuo | ............................ 220/263 |
| 6,857,538 | B1 | * | 2/2005 | Lin | ............................ 220/830 |
| 2004/0020927 | A1 | | 2/2004 | Yang et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 138490 | 7/2002 |
| GB | 4921 | 6/1910 |
| GB | 232982 | 10/1997 |
| GB | 2385260 | 2/2002 |
| JP | 2003112801 | 4/2003 |
| WO | WO02/083525 | 10/2002 |

OTHER PUBLICATIONS

Trento Corner 23.
Office Action from UK Patent Application No. GB 0600744.7, dated Feb. 8, 2006 (7 pgs.).

* cited by examiner

*Primary Examiner*—Lien M. Ngo
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57) **ABSTRACT**

A trash can assembly has a lid pivotably coupled to an upper end of an outer shell, and a pivoting pedal bar that is coupled to the lid via a link rod. The closing motion of the lid is dampened by counter-balancing the closing force of the lid, which can be accomplished by generating a counter-balance force against the pedal bar that is equal to or slightly less than the closing force of the lid. The counter-balance force can be made to vary during the closing motion of the lid. In addition, the entire link rod can be positioned inside the interior of the outer shell, and the pivot axis of the lid about the outer shell can also also positioned inside the interior of the outer shell.

**9 Claims, 17 Drawing Sheets**



Exhibit 2
-20-



FIG.1

Exhibit 2
-21-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 23 of 75   Page ID #:138



## FIG.2

Exhibit 2
-22-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 24 of 75   Page ID #:139



FIG.3

Exhibit 2
-23-

Case 2:09-cv-01373-DSF-AJW  Document 12  Filed 03/17/09  Page 25 of 75  Page ID #:140



FIG.4

Exhibit 2
-24-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 26 of 75   Page ID #:141



FIG.5



FIG.6

Exhibit 2
-25-

Case 2:09-cv-01373-DSF-AJW Document 12 Filed 03/17/09 Page 27 of 75 Page ID #:142



FIG.7A

Exhibit 2
-26-



FIG.7B

Exhibit 2
-27-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 29 of 75   Page ID #:144



FIG.7C

Exhibit 2
-28-



FIG.7D

Exhibit 2
-29-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 31 of 75   Page ID #:146



FIG.7E

Exhibit 2
-30-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 32 of 75   Page ID #:147



FIG.8

Exhibit 2
-31-



FIG.9

Exhibit 2
-32-



FIG.10

Exhibit 2
-33-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 35 of 75   Page ID #:150



FIG.11

Exhibit 2
-34-



FIG.12A

Exhibit 2
-35-

Case 2:09-cv-01373-DSF-AJW  Document 12  Filed 03/17/09  Page 37 of 75  Page ID #:152



FIG.12B

Exhibit 2
-36-



FIG.12C

Exhibit 2
-37-

US 7,121,421 B2

**1**

**TRASH CAN ASSEMBLY**

BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that incorporates a number of improvements and enhancements.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can. The foot pedal is operatively connected to the lid by a link rod, so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the outer shell of the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans are noisy to use. In particular, stepping on a foot pedal of a conventional trash can often result in a loud banging noise as the lid is opened, and releasing the step on the foot pedal will also result in another loud banging noise as the lid slams shut under the force of gravity. These banging actions also result in wear and tear to the contacting parts.

Other problems are associated with the hinge assembly that hinges the lid to the outer shell of the trash can. In most conventional trash cans, the link rod extends through a portion of the interior of the outer shell, and then extends along a portion of the exterior of the outer shell adjacent the lid. As a result, the hinge assembly of most conventional trash cans tend to be quite large and bulky. A large and unwieldy hinge assembly makes it difficult to position the trash can at certain locations (e.g., corners, or against walls) in the house, and forces the manufacturer to use packing boxes that are larger than desired.

In addition, it is sometimes desirable to be able to remove the lid on a trash can and replace it with a new lid. For example, the lid may be damaged (e.g., the lid may get dented by objects), and it would be more cost-efficient to be able to salvage the outer shell of the trash can and merely replace the lid. Unfortunately, most conventional trash cans either do not allow for a pivoting lid to be replaced, or have hinge assemblies that make it very difficult and inconvenient to remove and replace a lid.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that reduces noise and wear when the step pedal is actuated to open and close the lid.

**2**

It is another object of the present invention to provide a hinge assembly for a trash can assembly that has a low profile.

It is yet another object of the present invention to provide a hinge assembly for a trash can assembly that allows the lid to be conveniently removed from the hinge assembly.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a lid pivotably coupled to an upper end of an outer shell, and a pivoting pedal bar that is coupled to the lid via a link rod. The present invention dampens the closing motion of the lid by counter-balancing the closing force of the lid, which can be accomplished by generating a counter-balance force against the pedal bar that is equal to or slightly less than the closing force of the lid. The counter-balance force can be made to vary during the closing motion of the lid.

In accordance with another embodiment of the present invention, the entire link rod is positioned inside the interior of the outer shell, and the pivot axis of the lid about the outer shell is also positioned inside the interior of the outer shell. Positioning the pivot axis and the entire link rod inside the interior of the outer shell allows the hinge assembly between the lid and the outer shell to be provided with a reduced profile.

In accordance with yet another embodiment of the present invention, a mounting bracket is provided on the lid and has a through hole, and a channel is provided at the upper end of the outer shell and defines a bore. A pivot bar is received inside the through hole and the bore to pivotably couple the lid to the outer shell, and a locking bolt extends through a portion of the mounting bracket to removably engage the pivot bar. This allows for the lid to be quickly and conveniently removed and replaced.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a perspective view of a trash can assembly according to one embodiment of the present invention shown with the lid open.

FIG. 2 is a side plan view of the trash can assembly of FIG. 1.

FIG. 3 is a perspective skeletal view illustrating certain components of the trash can assembly of FIG. 1.

FIG. 4 is a bottom plan view of the trash can assembly of FIG. 1 shown with the base exposed and the pedal bar pivoted away from the base.

FIG. 5 is an enlarged perspective view of the first elastic element that is used in connection with the pedal bar for the trash can assembly of FIG. 1.

FIG. 6 is an enlarged perspective view of the second elastic element that is used in connection with the pedal bar for the trash can assembly of FIG. 1.

FIGS. 7A–7E illustrate the damping operations of the first and second elastic elements.

FIG. 8 is a side plan view of the first elastic element illustrating the relative positions of the locations "1", "2" and "3" referred to in FIGS. 7D, 7C and 7B, respectively.

FIG. 9 is an exploded top perspective of the upper portion of the trash can assembly of FIG. 1.

FIG. 10 is an enlarged and exploded perspective view of the hinge assembly of the trash can assembly of FIG. 1.

FIG. 11 is an enlarged perspective view of the hinge assembly of the trash can assembly of FIG. 1 shown without the external bracket of the mounting bracket.

FIGS. 12A–12C illustrate the forces exerted by the lid and the first elastic element during the closing motion of the lid.

Exhibit 2

-38-

US 7,121,421 B2

3

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. 1–4 illustrate one embodiment of a trash can assembly 20 according to the present invention. The assembly 20 has an outer shell 22 and an inner liner 24 that is adapted to be retained inside the outer shell 22.

The outer shell 22 can have any desired configuration, including a circular shape, an oval shape, or a four-sided shape that has four side walls, among others. The inner liner 24 can have the same, or different, shape as the outer shell 22. The lid 26 is hingedly connected to a hinge assembly 28 that is positioned at the rear of the outer liner 22 adjacent a generally annular upper support frame 32 that is provided along the upper edge 30 of the outer shell 22. The outer shell 22 and its lid 26 can be made of a solid and stable material, such as a metal. The upper support frame 32 can be secured to the top edge 30 of the outer shell 22, and can be provided in a separate material (e.g., plastic) from the outer shell 22.

A foot pedal 34 is provided on the outer shell 22 adjacent the base 36 of the outer shell 22. The foot pedal 34 is secured to a front end of a pedal bar 38 (see FIG. 4) that is housed inside the base 36. The pedal bar 38 is made of a material (e.g., metal) that carries some weight, and extends from the foot pedal 34 along the base 36 and is then pivotably coupled to a link rod 40 that extends upwardly along the interior of the rear of the outer shell 22 to connect the lid 26 via the hinge assembly 28 (see FIG. 3). The pedal bar 38 and the link rod 40 operate to translate an up-down pivot motion of the pedal 34 to an up-down pivot motion for the lid 26. Each of these components will be described in greater detail hereinbelow.

Referring now to FIGS. 3–6, the base 36 has a raised or domed base panel 42 and a skirt or flange portion 44 that extends from the base panel 42. A ramp 46 is formed on the bottom surface of the base panel 42. In one embodiment of the present invention, the base panel 42 and the skirt 44 can be formed in one plastic piece. The pedal bar 38 is retained under the base panel 42 and inside the skirt 44. In particular, the pedal bar 38 is pivotably connected to the ramp 46 by a fulcrum shaft 70, which extends through the pedal bar 38 at about the center of the pedal bar 38. The rear of the pedal bar 38 is pivotably connected to the bottom end of the link rod 40 by a hook 72 that is provided at the bottom end of the link rod 40 (see FIGS. 7A–7E). Thus, the pedal bar 38 can be pivoted between two positions, a first rest position (where the lid 26 is closed) as shown in FIGS. 1, 2 and 7A where the pedal 34 is at a vertically higher position than the rear of the pedal bar 38, and a second open position (where the lid 26 is opened) as shown in FIG. 7E where the pedal 34 is pressed to a vertically lower position than the rear of the pedal bar 38.

A first elastic element 48 is provided at about the center of the ramp 46, and a second elastic element 50 is provided at the rear of the ramp 46 adjacent the link rod 40. Each elastic element 48, 50 can be made of an elastic material such as metal, wire or a sheet. The first elastic element 48 can be larger than the second elastic element 50, although

4

the size and shapes of the elastic elements 48, 50 can be varied. The first elastic element 48 has a curved portion 60 extending from a flat portion 62. The curvature of the curved portion 60 is best illustrated in FIG. 8. A plurality of bolts 52 are inserted through openings 54 in the flat portion 62 and used to secure the first elastic element 48 to the ramp 46 in a manner such that the curved portion 60 extends away from the ramp 46 towards the pedal bar 38. Similarly, the second elastic element 50 has a curved portion 64 extending from a flat portion 66. A plurality of bolts 56 are inserted through openings 58 in the flat portion 66 of the second elastic element 50 and used to secure the second elastic element 50 to the ramp 46 in a manner such that the curved portion 64 extends away from the ramp 46 towards the pedal bar 38.

The first elastic element 48 functions to dampen the closing motion of the lid 26 so that the lid 26 can close slowly and not experience a hard slamming motion. In contrast, the second elastic element 50 functions to dampen the opening motion of the lid 26 so that the lid 26 does not experience a loud banging action during the opening of the lid 26. FIGS. 7A–7E illustrate the damping operations of the elastic elements 48 and 50. FIG. 8 is a side plan view of the first elastic element 48 illustrating the relative positions of the locations "1", "2" and "3" referred to in FIGS. 7D, 7C and 7B, respectively. FIGS. 12A–12C illustrate the forces exerted by the lid 26 and the first elastic element 48 during the closing of the lid 26.

In FIG. 7A, the lid 26 is closed and the foot pedal 34 is at its highest vertical level. In this position, the rear portion 78 of the pedal bar 38 is biased by gravity and the weight of the lid 26 towards the bottom of the base 36, so that the front portion 80 of the pedal bar 38 pivots about the pivot shaft 70 and pushes the curved portion 60 of the first elastic element 48 upwardly against the normal bias of the first elastic element 48. At this time, the second elastic element 50 is spaced apart from the rear portion 78 of the pedal bar 38.

When a user steps on the pedal 34, the pedal bar 38 begins to pivot in a counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E). The bias of the curved portion 60 assists in pushing the pedal bar 38 in the counterclockwise direction, so that the user does not need to exert so much force on the pedal 34. The pedal bar 38 pivots about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "3" in FIG. 7B. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

As the user continues to step on the pedal 34, the pedal bar 38 continues to pivot in the counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E) about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "2" in FIG. 7C. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

As the user continues to step on the pedal 34, the pedal bar 38 continues to pivot in the counterclockwise direction (when viewed from the orientation of FIGS. 7A–7E) about the pivot shaft 70 until the first elastic element 48 contacts the pedal bar 38 at the location marked "1" in FIG. 7D. At this time, the second elastic element 50 is still spaced apart from the rear portion 78 of the pedal bar 38.

When the pedal 34 has been pressed to its bottom-most position (see FIG. 7E), the front portion 80 of the pedal bar 38 is spaced apart from the curved portion 60 of the first elastic element 48. However, before the pedal 34 reaches its bottom-most position, the second elastic element 50 will have contacted the rear portion 78 of the pedal bar 38 to exert a bias against the rear portion 78, thereby damping the

Exhibit 2

-39-

US 7,121,421 B2

**5**

counterclockwise motion of the rear portion **78**, and subsequently, the opening of the lid **26**.

When the user releases his or her step on the pedal **34**, gravity and the weight of the lid **26** will cause the pedal bar **38** to begin to pivot in a clockwise direction (when viewed from the orientation of FIGS. **7**A–**7**E) about the pivot shaft **70** until the first elastic element **48** contacts the pedal bar **38** at the location marked "1" in FIG. **7**D. This location "1" is where the natural bias of the curved portion **60** would be the greatest. This because the bias is greatest at the location (i.e., "1") further from the pivot **70**. Thus, the greatest bias is exerted against the pedal bar **38** to begin the damping of the beginning of the clockwise pivot of the pedal bar **38** to slow the closing of the lid **26**. At this time, the second elastic element **50** will have been spaced apart from the rear portion **78** of the pedal bar **38**.

As the pedal bar **38** continues to pivot in the clockwise direction (when viewed from the orientation of FIGS. **7**A–**7**E) about the pivot shaft **70**, the first elastic element **48** will contact the pedal bar **38** at the location marked "2" in FIG. **7**C. At this location, the bias exerted by the curved portion **60** is less than at location "1", so a lesser bias is exerted against the pedal bar **38** to continue to dampen the clockwise pivot of the pedal bar **38**. At this time, the second elastic element **50** is still spaced apart from the rear portion **78** of the pedal bar **38**.

As the pedal bar **38** continues to pivot in the clockwise direction (when viewed from the orientation of FIGS. **7**A–**7**E) about the pivot shaft **70**, the first elastic element **48** will contact the pedal bar **38** at the location marked "3" in FIG. **7**B. At this location, the smallest bias is exerted by the curved portion **60** (i.e., the bias at location "3" is less than at location "2") to provide minimal damping as the lid **26** closes. At this time, the second elastic element **50** is still spaced apart from the rear portion **78** of the pedal bar **38**.

Thus, as best illustrated in FIGS. **7**A–**7**E, the first elastic element **48** actually aids in the pivoting of the pedal bar **38** during the opening of the lid **26** (FIGS. **7**A–**7**D), with the second elastic element **50** damping the opening motion at the very end (FIG. **7**E) to prevent the lid **26** from experiencing a loud banging noise during the opening. During the closing of the lid **26**, the first elastic element **48** applies the greatest amount of counterbalancing force against the pedal bar **38** at the beginning of the closing motion, and then applies a gradually decreasing amount of counterbalancing force against the pedal bar **38** during the closing motion, so as to provide a smooth closing motion for the lid **26**.

Finally, the pedal bar **38** will pivot in the clockwise direction (when viewed from the orientation of FIGS. **7**A–**7**E) about the pivot shaft **70** until it reaches the position shown in FIG. **7**A, where the pedal **34** is at its highest vertical position.

For a conventional lid, the force of the lid **26** during its closing motion varies due to increased inertia and gain in momentum. This varying force causes the lid **26** to slam shut during a conventional closing action. To minimize this slamming effect, the first elastic element **48** functions as a variable counter-balance spring that matches the rate of the variable forces generated by the lid **26** as it closes. FIGS. **12**A–**12**C illustrate the forces exerted by the lid **26** and the first elastic element **48** during the closing of the lid **26**. FIG. **12**A illustrates the lid **26** in its opened position, FIG. **12**B illustrates the lid **26** halfway through its closing motion, and FIG. **12**C illustrates the lid **26** completely closed. Here,

$F_r$=the force applied to the link rod **40** as the lid **26** falls

$F_{sc}$=the force needed to be generated by the first elastic element **48** to balance $F_r$.

**6**

Here, $F_{sc}$ should be equal to or slightly less than $F_r$. If $F_{sc}$ is greater than $F_r$, the lid **26** will not close, and if $F_{sc}$ is significantly less than $F_r$, the lid **26** will slam shut. In FIG. **12**C, $F_r$ has the greatest force, and in FIG. **12**A, $F_r$ has the smallest force. In addition:

$$F_r = T_{Lp}/L_{rp}$$

where $T_{Lp}$ is the torque at the pivot axis of the lid **26**, with $T_{Lp}$ being equal to the weight of the lid **26** multiplied by $L_{cg}$, and where $L_{rp}$ is the length from the pivot point of the lid **26** to the pivot point of the link rod **40** (i.e., where the link rod **40** pushes the lid **26**); and

$$F_{sc} = T_{pp}/L_{sc}$$

where $T_{pp}$ is the torque at the pivot axis of the pedal bar **38**, with $T_{pp} = F_s \times L_{pp}$, where $L_{sc}$ is the length of the pivot point of the pedal bar **38** to the point where the first elastic element **48** contacts the pedal bar **38**, and $L_{pp}$ is the length of the pivot point of the pedal bar **38** to the pivot point of the link rod **40** (i.e., where the pedal bar **38** pushes the link rod **40**).

As the force $F_r$ increases, so does the torque $T_{pp}$. Therefore, the force $F_{sc}$ of the first elastic element **48** at the point where it contacts the pedal bar **38** needs to increase as well. This can be accomplished by proportionally varying $L_{sa}$ (the length of the first elastic element **48**), so that as $L_{sa}$ decreases, the force of the first elastic element **48** at $F_{sc}$ increases. The profile or curvature of the first elastic element **48** is what determines the rate of change in $L_{sa}$ which then changes $F_{sc}$, therefore a lid **26** of any size or weight can be balanced by the appropriate size and shape of the first elastic element **48**.

Referring now to FIG. **9**, the upper support frame **32** has a border or edge **82** that extends along its inner periphery which is adapted to receive the upper lip (not shown) of the inner liner **24** so that the inner liner **24** can be suspended inside the outer shell **22** during use. A plurality of scalloped grooves **84** are spaced-apart about the support frame **32**, and function to allow the user to insert his or her fingers into the grooves **84** under the upper lip of the inner liner **24** to lift the inner liner **24** from the interior of the outer shell **22** when the lid **26** is opened. This provides a convenient way for the user to remove the inner liner **24** from the outer shell **22**, without requiring the user to grab or grip unnecessarily large portions of the inner liner **24**.

Referring now to FIGS. **1**–**3** and **9**–**11**, the hinge assembly **28** has a thin-profile housing **88** that is positioned adjacent the rear of the support frame **32**. The rear of the support frame **32** has a straight portion **90** that extends into the interior of the outer shell **22**. The inner liner **24** is also partially supported on the straight portion **90**. An opening **94** is defined between the top of the outer shell **22** and the straight portion **90**, so that the upper hooked end **92** of the link rod **40** can extend through the opening **94** and into the housing **88** of the hinge assembly **28**, as explained below. By positioning the entire link rod **40** (including its upper hooked end **92**) inside the periphery of the outer shell **22**, the housing **88** of the hinge assembly **28** can be made to have a thinner profile. In turn, the entire link rod **40** can be positioned inside the periphery of the outer shell **22** because the straight portion **90** (and the opening **94**) are positioned inside the interior of the outer shell **22**.

The hinge assembly **28** also includes a mounting bracket **100** that is secured to the rear of the lid **26**. The mounting bracket **100** has an internal bracket **102** that is secured to the interior of the lid **26**, and an external bracket **104** that is secured to the exterior of the lid **26**. The external bracket **104**

Exhibit 2
-40-

US 7,121,421 B2

7

has an outer profile that is preferably flush with the outer profile of the housing **88**, as best shown in FIG. **2**, to achieve the low-profile appearance for the entire hinge assembly **28**. The top of the housing **88** has a channel **96** having a bore **112** through which a pivot bar **98** can be extended.

Referring now to FIGS. **9**–**11**, the external bracket **104** has two legs **106** that define an open space or slot **108** therebetween. The channel **96** on top of the housing **88** is adapted to be received inside the slot **108**. Each leg **106** also has a through-hole **110** that is aligned with the bore **112** of the channel **96**, so that the pivot bar **98** can be received for pivot motion inside the through-holes **110** and the bore **112**, while simultaneously achieving a pivoting connection between the channel **96** (and hence the housing **88**) and the external bracket **104** (and hence the mounting bracket **100**).

The internal bracket **102** has an extension **116** which has a slot that receives the hooked end **92** of the link rod **40** in a manner such that the hooked end **92** can pivot. In addition, a transverse bore **118** extends through the internal bracket **102**, the flange of the lid **26**, and a portion of one leg **106** of the external bracket **104**, and communicates with the through-hole **110** in the leg **106**. Thus, a locking bolt **120** can be threaded through the transverse bore **118** and contact the pivot bar **98** along an annular groove **122** thereof so as to lock the pivot bar **98** in a fixed position inside the bore **112** and the through-hole **110**. This functions to secure the lid **26** to the housing **88** in a manner that allows the lid **26** to pivot about the pivot axis defined by the pivot bar **98**.

The lid **26** can be removed quickly and conveniently. To remove the lid **26**, the user merely removes the bolt **120**, and then uses a thin element (e.g., a pen or a rod) to pry the pivot bar **98** from the bore **112** and the through-holes **110**. The lid **26** (i.e., the external bracket **104**) can then be separated from the outer shell **22** (i.e., the channel **96** of the housing **88**). The lid **26** (or a new lid **26**) can be installed just as quickly and conveniently by fitting the channel **96** inside the slot **108** and then sliding the pivot bar **98** through the through-holes **110** and the bore **112**. The bolt **120** can then be inserted through the transverse bore **118** (see FIG. **10**) so that a portion of the bolt **120** is lodged inside the groove **122** of the pivot bar **98** (see FIG. **11**), thereby securing the pivot bar **98** at a fixed location inside the through-holes **110** and the bore **112**.

The structure of all components of the hinge assembly **28** allow for the reduced profile of the hinge assembly **28**. For example, as best shown in FIGS. **9**–**11**, portions of the brackets **102**, **104** are positioned inside the interior of the outer shell **22**, thereby allowing the pivot axis of the lid **26** (defined by the pivot bar **98**) to be positioned inside the interior of the outer shell **22**. In addition, as explained above, positioning the straight portion **90** inside the interior of the outer shell **22** allows the entire link rod **40** to be located inside the outer shell **22** to further facilitate positioning the pivot axis of the lid **26** (defined by the pivot bar **98**) inside the outer shell **22**.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of

8

embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

an outer shell having a top edge and a lower end;

a lid pivotally coupled to the outer shell for movement between an open position and a closed position;

an interior defined by the outer shell and the lid;

a pedal pivotally coupled to the lower end of the outer shell, and having an inner end;

a link rod having an upper end pivotably coupled to the lid and a lower end coupled to the inner end of the pedal;

a support frame fixedly secured to the top edge of the outer shell, the support frame having a rear section that has a straight portion, with an opening defined between the straight portion and the top edge of the outer shell, and with the link rod extending through the opening; and

rigid liner positioned in the interior and supported by the straight portion.

**2**. The assembly of claim **1**, wherein the opening is located inside the interior.

**3**. The assembly of claim **1**, wherein the straight portion of the support frame is a straight wall.

**4**. The assembly of claim **1**, wherein the support frame has a ridge that extends along top edge.

**5**. The assembly of claim **1**, wherein the support frame is curved.

**6**. The assembly of claim **1**, wherein the support frame is plastic.

**7**. A trash can assembly, comprising:

an outer shell having a top edge and a lower end;

a lid pivotally coupled to the outer shell for movement between an open position and a closed position;

an interior defined by the outer shell and the lid;

a pedal pivotally coupled to the lower end of the outer shell, and having an inner end;

a link rod having an upper end pivotably coupled to the lid and a lower end coupled to the inner end of the pedal;

a support frame fixedly secured to the top edge of the outer shell, the support frame having a rear section that has a straight portion, with an opening defined between the straight portion and the top edge of the outer shell, and with the link rod extending through the opening;

wherein the support frame has a top edge and a thickness, with at least one groove cut from the top edge and through the thickness of the support frame; and

a rigid liner position in the interior and supported by the straight portion.

**8**. The assembly of claim **7**, wherein the support frame is plastic.

**9**. The assembly of claim **7**, wherein the support frame is curved.

\*  \*  \*  \*  \*

Exhibit 2

-41-

# EXHIBIT 3

US007225943B2

(12) **United States Patent**
Yang et al.

(10) **Patent No.:**     **US 7,225,943 B2**
(45) **Date of Patent:**     *Jun. 5, 2007

(54) **TRASH CAN ASSEMBLY AND IMPROVEMENTS THERETO**

(75) Inventors: **Frank Yang**, Palos Verdes Peninsula, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **Simplehuman LLC**, Torrance, CA (US)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 43 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/405,725**

(22) Filed: **Apr. 2, 2003**

(65) **Prior Publication Data**
US 2004/0020927 A1     Feb. 5, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/746,574, filed on Dec. 22, 2000, now Pat. No. 6,626,316.

(51) **Int. Cl.**
$B65D\ 43/26$     (2006.01)
$B65D\ 21/02$     (2006.01)
$B65D\ 43/14$     (2006.01)

(52) **U.S. Cl.** .................... **220/263**; 220/23.9; 220/908; 220/908.1; 220/845

(58) **Field of Classification Search** ................ 220/908, 220/908.1, 366.1, 23.88, 23.87, 495.11, 846, 220/845, 495.08, 495.06, 771, 772, 769, 220/756, 263, 610–612, 495.05; 16/250, 16/251
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

1,820,555 A * 8/1931 Buschman .............. 220/263 X

| | | | | |
|---|---|---|---|---|
| 1,881,120 A | * | 10/1932 | Fessler et al. | .............. 220/263 |
| 1,891,651 A | * | 12/1932 | Padelford et al. | .......... 220/263 |
| 1,922,729 A | * | 8/1933 | Geibel | .................... 220/23.89 |
| 2,419,163 A | * | 4/1947 | Pope, Sr. | ................ 220/23.87 |
| 2,759,625 A | * | 8/1956 | Ritter | .......................... 220/262 |
| 3,008,604 A | * | 11/1961 | Garner | ................ 220/263 X |
| 3,654,534 A | * | 4/1972 | Fischer | .................. 361/231 X |
| 4,081,105 A | * | 3/1978 | Dagonnet et al. | .......... 220/263 |
| 4,200,197 A | * | 4/1980 | Meyer et al. | .............. 220/263 |
| 4,303,174 A | * | 12/1981 | Anderson | .................. 220/263 |
| D281,284 S | * | 11/1985 | Reuter | .......................... D34/5 |
| D284,320 S | * | 6/1986 | Kubic et al. | .................. D34/1 |

(Continued)

FOREIGN PATENT DOCUMENTS

DE     19933180     *   1/2001

(Continued)

*Primary Examiner*—Robin A. Hylton
(74) *Attorney, Agent, or Firm*—Raymond Sun

(57)     **ABSTRACT**

A trash can assembly has a shell having an enclosing wall that defines a periphery. The assembly has a lid fitted over the top of the shell, and a foot pedal positioned adjacent the bottom of the shell, with a portion of the foot pedal positioned inside the periphery of the shell. The assembly also includes a link assembly coupling the foot pedal and the lid. The assembly can also include a liner defining a container body, the liner fitted inside the shell and having an indent provided on the container body. A handle mechanism has a link strip that has a hooked end, with the hooked end engaging the indent to lift the liner from inside the shell.

**11 Claims, 16 Drawing Sheets**



Exhibit  3
-42-

US 7,225,943 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,753,367 | A | * | 6/1988 | Miller et al. ........... 220/495.11 |
| 4,913,308 | A | * | 4/1990 | Culbertson ........... 220/908.1 X |
| 4,918,568 | A | * | 4/1990 | Stone et al. ................. 361/231 |
| 4,948,004 | A | * | 8/1990 | Chich .................... 220/495.08 |
| 4,972,966 | A | * | 11/1990 | Craft, Jr. .................... 220/264 |
| 5,065,272 | A | * | 11/1991 | Owen et al. ................. 361/231 |
| 5,090,785 | A | * | 2/1992 | Stamp ...................... 312/319.9 |
| 5,147,055 | A | * | 9/1992 | Samson et al. .......... 220/259.2 |
| 5,163,579 | A | * | 11/1992 | Jones ......................... 220/629 |
| 5,174,462 | A | * | 12/1992 | Hames ....................... 220/908 |
| 5,226,558 | A | * | 7/1993 | Whitney et al. ........ 220/638 X |
| 5,230,525 | A | * | 7/1993 | Delmerico et al. ..... 220/263 X |
| 5,249,693 | A | * | 10/1993 | Gillispie et al. ............ 220/263 |
| 5,390,818 | A | * | 2/1995 | LaBuda ....................... 141/390 |
| 5,407,089 | A | * | 4/1995 | Bird et al. ............... 220/212.5 |
| 5,474,201 | A | * | 12/1995 | Liu ......................... 220/264 X |
| 5,558,254 | A | * | 9/1996 | Anderson et al. ........... 220/527 |

| | | | | |
|---|---|---|---|---|
| D377,554 | S | * | 1/1997 | Adriaansen ................... D34/7 |
| 6,010,024 | A | | 1/2000 | Wang |
| D435,951 | S | * | 1/2001 | Yang et al. ............. 220/908 X |
| D447,307 | S | * | 8/2001 | Niemeyer .................... D34/7 |
| D454,239 | S | * | 3/2002 | Lin ............................... D34/9 |
| 6,364,147 | B1 | * | 4/2002 | Meinzinger et al. ... 220/495.06 |
| 6,626,316 | B2 | * | 9/2003 | Yang ........................... 220/263 |
| 6,981,606 | B2 | * | 1/2006 | Yang et al. ............. 220/23.87 |
| 7,077,283 | B2 | * | 7/2006 | Yang et al. ................. 220/262 |
| 2005/0103788 | A1 | * | 5/2005 | Yang et al. ................. 220/263 |

## FOREIGN PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| EP | | 185382 A | * | 6/1986 | |
| EP | | 1 157 936 A2 | * | 11/2001 | |
| JP | | 6-272888 | * | 9/1994 | ................ 62/272 |
| WO | WO 92/02430 | | * | 2/1992 | ................ 220/263 |

* cited by examiner

Exhibit 3

-43-



**FIG.1**

Exhibit 3
-44-



FIG.2

Exhibit 3
-45-



**FIG. 3**

Exhibit  3
-46-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 49 of 75   Page ID #:164



**FIG.5**



**FIG.4**

Exhibit 3
-47-



FIG.6A



FIG.6B

Exhibit 3
-48-



FIG.6C

Exhibit 3
-49-

Case 2:09-cv-01373-DSF-AJW Document 12 Filed 03/17/09 Page 52 of 75 Page ID #:167



# FIG. 7

Exhibit 3
-50-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 53 of 75   Page ID #:168



FIG.8

Exhibit 3
-51-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 54 of 75   Page ID #:169



FIG. 9

Exhibit 3
-52-



FIG. 10

Exhibit 3
-53-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 56 of 75   Page ID #:171



**FIG.11**

Exhibit 3
-54-



# FIG.12

Exhibit 3
-55-

Case 2:09-cv-01373-DSF-AJW  Document 12  Filed 03/17/09  Page 58 of 75  Page ID #:173



**FIG.13**

Exhibit 3
-56-



## FIG.14

Exhibit 3
-57-



## FIG.15

Exhibit 3
-58-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 61 of 75   Page ID #:176



FIG.16

Exhibit 3
-59-

US 7,225,943 B2

**1**

### TRASH CAN ASSEMBLY AND IMPROVEMENTS THERETO

#### RELATED CASES

This is a continuation-in-part of application Ser. No. 09/746,574 now U.S. Pat. No. 6,626,316, filed Dec. 22, 2000, and entitled "Trash Can Assembly", whose entire disclosure is incorporated by this reference as though set forth fully herein.

#### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to household items, and in particular, to a trash can assembly that incorporates a number of improvements and enhancements.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding ttrash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to toss trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans (e.g., such as shown in U.S. Pat. No. 6,010,024) are positioned awkwardly in that they extend a considerable distance from the body of the trash can to provide a sufficiently large surface area for the user's foot, and also to provide sufficient leverage for the user to step on and pivot the foot pedal. Unfortunately, such outwardly-extending foot pedals are prone to being inadvertently kicked by people as they walk around the vicinity of the trash can.

Other problems are associated with the internal liner. In conventional trash cans, the user typically needs to remove the liner from the trash can to dispose of the contents therein. To do so, the user typically lifts the liner from the trash can, and this may result in the user gripping portions of the interior of the liner, so that the user's fingers may come into contact with dirt, germs or trash items.

An additional problem relates to the fact that the wastes placed within such a container may produce odors, smells, and other harmful gases. Inevitably, the lid will need to be opened to deposit the waste, thereby allowing the odors and smells to escape from the trash can. Odors and smells may also escape from the trash can even when the lid is closed because some lids do not provide a tight seal with the trash can container.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

**2**

#### SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that has an improved step pedal that is less prone to being kicked yet enhances its ability to control the opening of the lid of the trash can assembly.

It is another object of the present invention to provide a trash can assembly that allows the user to conveniently remove an internal liner in a sanitary manner.

It is another object of the present invention to provide a trash can assembly that minimizes the undesirable odor of the waste products stored therein.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has a shell having an enclosing wall that defines a periphery. According to one embodiment, the assembly has a lid fitted over the top of the shell, and a foot pedal positioned adjacent the bottom of the shell, with a portion of the foot pedal positioned inside the periphery of the shell. The assembly also includes a link assembly coupling the foot pedal and the lid.

According to another embodiment, the assembly has a liner defining a container body, the liner fitted inside the shell and having an indent provided on the container body. In one embodiment, the assembly also includes a handle mechanism having a link strip that has a hooked end, with the hooked end engaging the indent to lift the liner from inside the shell. In another embodiment, the shell has an open top edge, with at least one recess provided along the top edge so that a user can lift the liner from the position from any recess.

According to yet another embodiment, the assembly has an air freshening device secured to its lid. The air freshening device can be a charcoal pad, or an electrical ionizer.

#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a front perspective view of the trash can assembly according to one embodiment of the present invention.

FIG. **2** is a bottom perspective view of the trash can assembly of FIG. **1**.

FIG. **3** is a cross-sectional side view of the trash can assembly of FIG. **1**.

FIG. **4** is a bottom perspective view of a liner that can be used with the trash can assembly of FIG. **1**.

FIG. **5** is a top plan view of the trash can assembly of FIG. **1**.

FIG. **6A** is an isolated perspective view of a link assembly that can be used with the trash can assembly of FIG. **1**.

FIG. **6B** illustrates the portion B of the link assembly of FIG. **6A**.

FIG. **6C** illustrates the hinging portion between the lid and the shell of the trash can assembly of FIG. **1**.

FIG. **7** illustrates how the handle mechanism of the trash can assembly of FIG. **1** operatively couples the liner of FIG. **4**.

FIG. **8** is a front plan view of the trash can assembly of FIG. **1**.

FIG. **9** is a cross-sectional side view of a trash can assembly according to another embodiment of the present invention, illustrating a modification to the trash can assembly of FIGS. **1–8**.

FIG. **10** is a front plan view of the trash can assembly of FIG. **9**.

FIG. **11** is a partial side plan view of the trash can assembly of FIG. **1**.

Exhibit 3

-60-

US 7,225,943 B2

3

FIG. **12** is a perspective view of a trash can assembly according to yet another embodiment of the present invention.

FIG. **13** is a perspective view of the trash can assembly of FIG. **12** shown with the inner liner being lined with a trash bag.

FIG. **14** is a perspective view of the trash can assembly of FIG. **13** shown with the inner liner and its trash bag fitted inside the outer shell.

FIG. **15** is a perspective view of the trash can assembly of FIG. **11** shown with the lid closed.

FIG. **16** is a rear plan view of the trash can assembly of FIG. **12**.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. **1**–**7** illustrate one embodiment of a trash can assembly **20** according to the present invention. The assembly **20** has an outer shell **22** and an inner liner **24** that is adapted to be retained inside the outer shell **22**. As shown in FIGS. **3**, **4** and **7**, the liner **24** is a container that has an elongated indent **26** provided in the side wall **28** extending upwardly a short distance from the bottom **30** of the liner **24**.

The outer shell **22** is a generally cylindrical shell that has a generally oval or egg shape. The liner **24** can have the same shape. The oval or egg shape of the shell **22** is best illustrated in the top plan view of FIG. **5**. The width F of the opening at the front of the shell **22** is greater than the width R of the opening at the rear of the shell **22**. This configuration for the shell **22** and its liner **24** allows the interiors of the shell **22** and the liner **24** to receive and accomodate wider and larger waste objects, such as pizza boxes. In addition, the narrower rear of the shell **22** allows the shell **22** to fit more easily in corners of the house.

A lid **32** is hingedly connected to the top of the outer shell **22**. The shell **22** and its lid **32** can be made of a solid and stable material, such as a metal. A handle mechanism **34** is provided along the outer surface of the shell **22** and is operatively coupled to the indent **26** of the liner **24** for lifting the liner **24**. A toe-kick recess **36** is provided on the shell **22** adjacent the base **38** of the shell **22**, and is adapted to receive a foot pedal **40** that is pivotably secured to the base **38** of the shell **22**. The toe-kick recess **36** is part of the base **38**, and the shell **22** would define a curved cut-out to receive the recess **36**. The curved cut-out in the shell **22** can be made by first cutting out a properly sized and configured hole in the body of the shell **22**, and then inserting a plastic curved panel that defines the actual recess **36**. The recess **36** extends upwardly for a short distance and extends into the interior confines of the shell **22**. A link assembly **42** (illustrated in greater detail in FIGS. **6A** and **6B**) extends from the foot pedal **40** along the base **38** and then upwardly along the shell **22** to the lid **32**. The link assembly **42** operates to translate an up-down pivot motion of the pedal **40** to an up-down pivot motion for the lid **32**. Each of these components will be described in greater detail hereinbelow.

4

Referring first to FIGS. **2** and **3**, the base **38** of the shell **22** defines a generally annular and curved skirt or flange portion **50**. In one embodiment of the present invention, the skirt **50** is formed in one plastic piece. The base **38** further includes a pedal housing **52** that is positioned adjacent and below the recess **36**, and is adapted to receive the pedal **40**. In particular, a shaft **54** can extend longitudinally across the pedal **40** and be received inside openings provided on opposing walls **56** and **58** of the pedal housing **52**. As a result, the pedal **40** would pivot about an axis defined by the shaft **54**. The base **38** also has crossing support ribs **60** and **62** that are positioned adjacent the top of the skirt **50**. The support ribs **60**, **62** can be provided with protruding notches **68** that are adapted to hold and support a horizontal rod **64** of the link assembly **42** for rotation therein. In addition, pads **66**, which can be made of rubber, can be positioned in spaced-apart manner about the periphery of the skirt **50** to prevent the base **38** from slipping. The shell **22** and its recess **36** can be attached to the top of the skirt **50** of the base **38** by glue, welding, screws, and similar attachment mechanisms.

Referring to FIG. **3**, it will be noted that the foot pedal **40** is positioned somewhat inside the interior of the shell **22**, and only a portion of the pedal **40** extends beyond the outer cylindrical periphery or surfaces of the shell **22**. This positioning is of significance to the present invention.

One significance is that the foot pedal **40** can extend radially outwardly from the shell **22** by about the same extent as the skirt **50**, and is configured so that the foot pedal **40** itself appears to form part of the skirt **50** (i.e., flush with the skirt **50**) to provide a more aesthetically pleasing appearance (see FIG. **11**). This positioning makes the foot pedal **40** less susceptible to being inadvertently kicked by people walking around the vicinity of the trash can assembly **20**. More importantly, by positioning most of the step pedal **40** inside the outer periphery of the shell **22**, a larger pedal **40** (i.e., a pedal **40** with a larger top or stepping surface area) can be provided to create additional stepping space. This increased stepping space makes it easier for the user to step on the pedal **40**, and to maintain the step, because this increased stepping space helps to generate more power during the step (for the reasons explained in the next paragraph).

Another significance is shown in FIG. **3**, where the pivot point (i.e., shaft **54**) for the pedal **40** is positioned well inside the interior of the outer periphery of the shell **22**. This is to be contrasted with conventional foot pedals, whose pivot points are usually positioned further outwardly, and usually outside the shell **22**, such as illustrated in U.S. Pat. No. 6,010,024. This inward position for the pivot point provides several benefits. First, this inward position for the pivot point provides a smaller pivoting angle for the pedal **40**. The smaller pivoting angle means that the user's foot does not need to pivot as much to effectively step on the pedal **40**, so that the user's foot is less likely to slip when stepping on the pedal **40**. Second, this inward position for the pivot point requires less stepping force to open the lid **32** (i.e., deploy the link assembly **42**) than if the pivot point were positioned further radially outwardly. This is because providing the pivot point further inside the outer periphery of the shell **22** allows the pedal **40** to be provided in a larger size, as discussed in the previous paragraph. Having a larger size allows the distance from the pivot point to the outer edge of the pedal **40** to be increased, and this increased distance means that more power can be generated using less force.

Exhibit 3

-61-

US 7,225,943 B2

**5**

Yet another significance is that since the foot pedal **40** is constructed as part of the base **38**, the pedal **40** can be positioned closer to the ground (i.e., vertically lower). As a result, the user's foot does not need to pivot as much to effectively step on the pedal **40**, so that the user's foot is less likely to slip when stepping on the pedal **40**.

FIGS. **3**, **6**A and **6**C illustrate how the lid **32** is hingedly coupled to the shell **22**. A hinge housing **70** is provided adjacent the top of the shell **22**. A carrying handle **130** can be provided on the outer surface of the hinge housing **70**. A hinge bracket **72** is attached at the top of the hinge housing **70**, and carries two spaced-apart L-shaped extensions **71** and **73**. The rear of the lid **32** has a plastic hinge piece **75** that carries two spaced-apart plates **77** (one of the plates adjacent extension **71** is not visible in FIG. **6**C). An opening **81** is provided in each extension **71**, **73** and plates **77**, the openings **81** being aligned so that a pin **74** (which can be part of the carrying handle **130**) can extend through all the openings **81** in the extensions **71**, **73** and the plates **77** to create a pivot joint. Thus, the lid **32** is able to pivot from the opened position (see FIG. **3**) to the closed positioned (see FIG. **2**) about the pivot point defined by the pin **74**.

Referring now to FIGS. **2**, **3**, **6**A and **6**B, the link assembly **42** operatively couples the foot pedal **40** to the lid **32** so that stepping on the foot pedal **40** will cause the lid **32** to open. The link assembly **42** has a horizontal rod **64** and a vertical rod **76** that cooperate to translate an up-down pivot motion of the pedal **40** to an up-down pivot motion for the lid **32**. The rods **64** and **76** can be made of steel. In particular, the horizontal rod **64** is held by the ribs **60**, **62** of the base **38**, and has an L-shaped (i.e., at 90-degrees) terminal end **78** that extends out of the horizontal plane of the rod **64**, and which is positioned adjacent the bottom of the pedal **40**. For example, the terminal end **78** does not need to be connected to pedal **40**, since the pedal **40** can sit on top of the terminal end **78** via gravity. The horizontal rod **64** extends across the base **38** to an opposite side of the shell **22**, where an opposing end **80** of the horizontal rod **64** has an L-shaped leg **82** (i.e., at 90-degrees) that also extends out of the horizontal plane of the rod **64**, and that is secured to a generally L-shaped (i.e., 90-degree) plastic hinge **84**. The plastic hinge **84** can have two lumens, one in each leg of the L-shape, with the leg **82** secured in one of the lumens and a lower end **86** of the vertical rod **76** secured in the other lumen. The vertical rod **76** extends vertically up along the inside of the shell **22** adjacent the inner wall of the shell **22**, and extends through the hinge housing **70** and the hinge bracket **72** to an upper end **88** that is secured to a block **90** that is attached to the rear of the lid **32** and retained in the hinge piece **75**. Thus, when the user steps on the pedal **40** (see arrow A1 in FIG. **3** and arrow A1 in FIG. **6**A), the pedal **40** presses on the terminal end **78**, and the L-shaped and out-of-plane nature of the terminal end **78** causes the horizontal rod **64** to rotate as shown by the arrow A2. Because the opposing end **80** is also L-shaped and extends out of the horizontal plane of the rod **64**, this rotation torques the plastic hinge **84** to push the vertical rod **76** up (see arrow A3). When the vertical rod **76** is pushed up, the vertical rod **76** will in turn push the lid **32** upwardly to pivot or swing the lid **32** open about the pin **74**. As long as the user's foot is stepping on the pedal **40**, the link assembly **42** will maintain the lid **32** in its opened position. When the user releases the stepping force, gravity will push the lid **32** and vertical rod **76** down, pivoting or torquing the plastic hinge **84** in a direction opposite to the direction of arrow A3, and revers-

**6**

ing the rotation on the horizontal rod **64** to lift up the pedal **40** in directions opposite to the directions of arrows A1 and A2.

Referring now to FIGS. **1**, **3** and **7**, the handle mechanism **34** operates to lift the liner **24** from the interior of the shell **22**, and can be locked to maintain the liner **24** in the lifted position shown in FIGS. **1** and **3**. The shell **22** has a recessed region **100** provided about its central portion. The recessed region **100** has a generally square or rectangular configuration, and is adapted to receive the handle **102** and link strip **104** of the handle mechanism **34**. The handle mechanism **34** has a handle **102** that is pivotably coupled to a link strip **104**. The handle **102** can be a generally flat piece of plastic or metal, and can be pivotably coupled adjacent its lower side **103** to the shell **22** at the top of the recessed region **100** (e.g., by inserting a pin **105** through a bore adjacent the lower side **103**). The link strip **104** is preferably made from a material with sufficient strength to support the liner **24**, such as plastic, steel, or a composite of plastic and steel. The link strip **104** has a first section **106** that is pivotably coupled (e.g., by inserting a pin **108** through a bore **110** at the end of the first section **106**) to a mid-portion of the handle **102**. The link strip **102** has a second section **112** that extends perpendicularly to and inwardly from the first section **106**, which is then connected to an elongated third section **114** that is generally parallel to the first section **106**. The third section **114** extends through a slot **120** in the recessed region **100** to extend inside the shell **22**. The third section **114** has a hooked end **116** that is always positioned inside the shell **22**, and which is adapted to engage the upper wall **118** of the indent **26**. FIG. **7** illustrates the liner **24**, and only the recessed region **100**, handle **102** and link strip **104** while omitting the other elements of the shell **22**.

FIGS. **1**, **3** and **7** illustrate the handle **102** in the lifted or removal position, with the liner **24** being lifted partially out of the interior of the shell **22**. To close the handle **102** and allow the liner **24** to fall back into the shell **22**, the handle **102** is pivoted downwardly in the direction of the arrow A4. The pivoting of the handle **102** occurs about the pivot axis defined by the pin **105**. The pivoting of the handle **102** simultaneously causes the link strip **104** to pivot about the handle **102** about the pivot axis defined by the pin **108**. As the link strip **104** pivots, it is pushed vertically downwardly by the handle **102**. As the link strip **104** slides down, the hooked end **116** also slides down within the elongated indent **26**. The force of gravity will cause the liner **24** to slide down the interior of the shell **22** together with the hooked end **116**. After the handle **102** has been pivoted by 180 degrees from the position shown in FIGS. **1**, **3** and **7**, the handle **102** will be in the storage or lowered position and will occupy most of the recessed region **100**.

To lift the liner **24** from the storage position to the lifted or removal position, the handle **102** is pivoted upwardly in the direction opposite to the direction of the arrow A4. The upwardly pivoting handle **102** will actuate the pivots about the pins **105** and **108**, which will cause the link strip **104** to be pulled upwardly. As the link strip **104** moves upwardly, its hooked end **116** (which is in engagement with the upper wall **118** of the indent **26**) will simultaneously pull the liner **24** upwardly within the shell **22**. Once the handle **102** is pivoted upwardly to about 120 degrees (i.e., also referred to as an "over-center" position) from its vertical storage position, the handle **102** will reach a locked position so that the handle **102** will be automatically biased to the vertical lifted or removal position shown in FIGS. **1**, **3** and **7**. When the handle **102** reaches this lifted or removal position, the liner **24** will be lifted to the position shown in FIGS. **1** and **3** (i.e.,

Exhibit 3

-62-

US 7,225,943 B2

**7**

a portion of the liner **24** being lifted out of the shell **22**), and will be maintained in this position by the locked handle **102** until the handle **102** is pivoted downwardly again in the direction of the arrow A4.

The present invention also provides apparatus to combat the foul odor of the waste products stored inside the trash can assembly **20**. FIGS. **3** and **8** illustrate one embodiment, where a charcoal pad **140** can be secured to the inner surface **142** of the lid **32** by a removable attachment mechanism **132**, which can be a nipple connector, opposing VELCRO™ pads, a hook, a fastener, glue, a screw-in connection, or the like. The charcoal pad **140** can be any conventional charcoal pad, which is activated carbon that functions to absorb odor. The air flow (see arrows in FIG. **3** that are directed towards charcoal pad **140**) enhances the absorption of odor by forcing air through the charcoal, causing the charcoal to absorb the odor carried by the air.

FIGS. **9** and **10** illustrate another embodiment, where an ionizer box **150** can be secured to the inner surface **142** of the lid **32** by any of the attachment mechanisms **132** described above. Alternatively, the ionizer box **150** can be formed as part of the lid **32**, and provided with an opening through which electric ions can be introduced and removed. A power cord **152** couples the ionizer box **150** and extends from the ionizer box **150** into the interior of the hinge housing **70** and coupled to a power source **154**, which can be a battery pack. The power source **154** can be secured to the shell **22**. By locating the power source **154** in the hinge housing **70**, the present invention avoids adding unnecessary weight to the lid **32**, making it easier for the user to open the lid **32**, and to keep the lid **32** opened. The ionizer functions by forcing O$_2$ (oxygen) into O$_3$ (via electric charge), with the third oxygen molecule splitting off with the pollutant, leaving behind fresh O$_2$ (oxygen). The ionizer can be turned on at all times, or a sensor (not shown) can be incorporated to sense the opening and closing of the lid **32** (i.e., sense movement). As a result, the sensor will sense movement of the lid **32** and then function to turn on the ionizer for a specified time (e.g., fifteen minutes).

FIGS. **12**–**15** illustrate modifications that can be made to the trash can assembly **20** of FIGS. **1**–**8** and **11**. The trash can assembly **20***a* in FIGS. **12**–**15** has the same construction as the trash can assembly **20** in FIGS. **1**–**8** and **11**, except for the changes noted below. Therefore, the same numeral designations are used for both the trash can assemblies **20** and **20***a* to designate identical elements, except that an "a" is added to the designations in FIGS. **12**–**15**.

The trash can assembly **20***a* differs from the trash can assembly **20** in that the handle mechanism **34** and its accompanying components have been replaced by a different mechanism. In the trash can assembly **20** of FIGS. **1**–**8** and **11**, the handle mechanism **34** functions to lift the liner **24** from the interior of the shell **22** in a sanitary manner. However, the trash can assembly **20***a* in FIGS. **12**–**15** provides a different mechanism for accomplishing the same function. Specifically, as shown in FIGS. **12** and **13**, an annular support frame **200** is attached to the top edge **202** of the shell **22***a* in a manner such that the frame **200** is slightly offset from the outer surface of the shell **22***a* to define a shoulder **204** along the top edge **202**. The annular frame **200** has a height that is slightly less than the height of the lid **32***a*, and the annular side wall of the lid **32***a* rests on the shoulder **204** so that the frame **200** is positioned interior to and adjacent to the annular side wall of the lid **32***a*. One or more recesses **206** are provided in spaced-apart manner around the frame **200**.

**8**

As best shown in FIG. **13**, the liner **24***a* (which can be identical to the liner **24**) is fitted inside the shell **22***a*, and a conventional trash bag **208** can be placed inside the liner **24***a* and the top edges of the trash bag **208** everted over the top edge of the liner **24***a*. When the liner **24***a* and its trash bag **208** are fully seated inside the shell **22***a* (see FIG. **14**), the top edge of the trash bag **208** will be exposed at the regions of the recesses **206**. Therefore, when the user wishes to remove the liner **24***a*, the user merely grips the top edge of the liner **24***a* and its trash bag **208** at the location of any recess **206**, and then manually lifts the liner **24***a*. In addition, as shown in FIG. **15**, when the lid **32***a* is closed, no part of the trash bag **208** will be exposed outside the confines of the shell **22***a* and the lid **32***a* because the liner **24***a* and its trash bag **208** are completely retained inside the interior of the shell **22***a* and the annular frame **200**.

FIG. **16** is a rear plan view of the trash can assembly **20***a* illustrating another modification. Here, the hinge housing **70** in the trash can assembly **20** is modified so that the handle **130** is now replaced by a handle grip **220** that is integral (i.e., part of the same piece) with the hinge housing **70***a*. The hinge housing **70***a* can be made in one piece, and the handle grip **220** can be a groove cut from the outer surface of the hinge housing **70***a* so that the user can insert his or her fingers into the groove to grip the hinge housing **70***a*, and hence carry the trash can assembly **20***a* in this manner. By providing a handle grip **220** that is integral with the hinge housing **70***a*, the separate and space-occupying handle **130** can be omitted to reduce the cost of the trash can assembly **20***a* and to minimize the storage and packing space needed for the trash can assembly **20***a*.

Thus, the trash can assembly **20** of the present invention provides an improved and larger pedal **40** that is positioned and structured to provide more effective opening of the lid **32** and more convenient use by the user. In addition, the handle mechanism **34** and the recesses **206** provide effective mechanisms for lifting the liner **24** out of the shell **22**.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

a shell having an open top edge, an outer surface, a bottom end and a periphery, with the open top edge having a unitary frame extending from the top edge in a manner such that the frame is both upwardly and inwardly offset from the outer surface of the shell, the frame having a top edge;

at least one recess cut from the top edge of the frame;

a single lid fitted over the top edge;

a foot pedal positioned adjacent the bottom end of the shell, with a portion of the foot pedal positioned inside the periphery of the shell;

a link assembly coupling the foot pedal and the lid; and

a rigid liner fitted inside the shell and having a top edge, with a portion of the top edge being positioned adjacent the at least one recess for easy grasping of the rigid liner top edge for removal from the shell.

**2**. The assembly of claim **1**, wherein the lid surrounds the frame.

Exhibit 3

-63-

US 7,225,943 B2

9

10

**3**. A trash can assembly, comprising:

a shell having a top end and a bottom end, the shell having an enclosing wall that defines a periphery;

a curved recess panel that is fitted in the enclosing wall adjacent the bottom end of the shell, the curved recess panel made of a different material than the enclosing wall of the shell;

a lid fitted over the top end;

a foot pedal partially positioned in the recess panel, with a portion of the foot pedal positioned inside the periphery of the shell; and

a base that defines a skirt surrounding the bottom end of the shell, with the foot pedal being pivotally secured to the base and radially flush with the skirt.

**4**. The assembly of claim **3**, wherein the foot pedal pivots about a pivot point, with the pivot point positioned inside the periphery of the shell.

**5**. The assembly of claim **3**, further including a link assembly coupling the foot pedal and the lid.

**6**. A trash can assembly, comprising:

a shell having an enclosing wall that defines a periphery;

a liner defining a container body that has a side wall, the liner fitted inside the shell and having an indent provided on the container body; and

a handle mechanism having a link strip that has a hooked end, the hooked end engaging the indent to lift the liner from inside the shell, with a first part of the link strip extending outside the enclosing wall of the shell,and a second part of the link extending inside the enclosing wall of the shell, and with the hooked end extending from the second part; and

wherein a length of the link strip is positioned adjacent and along the side wall of the container body.

**7**. A trash can assembly, comprising:

a shell having an enclosing wall that defines a periphery;

a liner defining a container body that has a side wall, the liner fitted inside the shell and having an indent provided on the container body; and

a handle mechanism having a link strip that has a hooked end, the hooked end engaging the indent to lift the liner from inside the shell, with a first part of the link strip extending outside the enclosing wall of the shell, and a second part of the link extending inside the enclosing wall of the shell, and with the hooked end being coupled to the second part;

wherein a length of the link strip is positioned adjacent and along the side wall of the container body; and

wherein the handle mechanism further includes a handle piece that is pivotally coupled to the enclosing wall of the shell and the first part of the link strip.

**8**. The assembly of claim **7**, wherein the handle piece locks the link strip in a fixed position when the handle piece is pivoted pass an over-center position.

**9**. The assembly of claim **7**, wherein the enclosing wall of the shell has a recessed region which receives the handle piece and the link strip.

**10**. The assembly of claim **7**, wherein the link strip slides downwardly when the handle piece is pivoted downwardly.

**11**. The assembly of claim **7**, wherein the link strip slides upwardly when the handle piece is pivoted upwardly.

\* \* \* \* \*

Exhibit 3

-64-

# EXHIBIT 4



US007494021B2

(12) **United States Patent**
Yang et al.

(10) **Patent No.:** **US 7,494,021 B2**
(45) **Date of Patent:** **\*Feb. 24, 2009**

(54) **TRASH CAN ASSEMBLY WITH MOTION DAMPER FOR LID**

(75) Inventors: **Frank Yang**, Rancho Palos Verdes, CA (US); **Joseph Sandor**, Santa Ana Heights, CA (US)

(73) Assignee: **simplehuman, LLC**, Torrance, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 575 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/086,932**

(22) Filed: **Mar. 22, 2005**

(65) **Prior Publication Data**

US 2006/0213910 A1     Sep. 28, 2006

(51) **Int. Cl.**
  *B65D 43/26*     (2006.01)
  *B65D 51/04*     (2006.01)
(52) **U.S. Cl.** ...................... **220/264**; 220/263; 220/908; 220/23.83; 220/845
(58) **Field of Classification Search** ................. 220/810, 220/264, 263, 908, 23.8
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,946,474 A | 7/1960 | Knapp | |
| 3,891,115 A | 6/1975 | Ono | |
| 4,014,457 A | 3/1977 | Hodge | |
| 4,630,332 A | 12/1986 | Bisbing | |
| 4,765,548 A | 8/1988 | Sing | |
| 5,170,904 A | 12/1992 | Neuhaus | |
| 5,213,272 A \* | 5/1993 | Gallagher et al. | ............. 241/33 |
| 5,322,179 A | 6/1994 | Ting | |
| 5,348,222 A | 9/1994 | Patey | |
| 5,385,258 A | 1/1995 | Sutherlin | |

| | | |
|---|---|---|
| 5,471,708 A | 12/1995 | Lynch |
| 6,000,569 A | 12/1999 | Liu |
| 6,010,024 A | 1/2000 | Wang |
| 6,024,238 A | 2/2000 | Jaros |
| 6,036,050 A | 3/2000 | Ruane |
| 6,209,744 B1 | 4/2001 | Gill |
| 6,386,386 B1 | 5/2002 | George |
| 6,390,321 B1 | 5/2002 | Wang |
| 6,401,958 B1 | 6/2002 | Foss et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE     1610087     7/1950

(Continued)

OTHER PUBLICATIONS

Trento Corner 23 Trash Can, Hailo product brochure. http://www.hailo.de/html/default.asp?site=12_71_107&lang=en.

*Primary Examiner*—Robin Hylton
(74) *Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear, LLP

(57)     **ABSTRACT**

A trash can assembly has an outer shell having an enclosing wall, a top end, and a bottom end. The assembly includes a pedal bar pivotably coupled to the bottom end, a lid pivotably coupled to the top end, and a lifting rod that extends vertically inside the outer shell, with the lifting rod coupling the lid and the rear end of the pedal bar. An air damper is provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar.

**5 Claims, 4 Drawing Sheets**



Exhibit 4

-65-

**US 7,494,021 B2**

Page 2

| U.S. PATENT DOCUMENTS | | | | | | |
|---|---|---|---|---|---|---|
| | | | | EP | 1094017 | 4/2001 |
| 6,626,317 B2 | 9/2003 | Pfiefer et al. | | EP | 1136393 | 4/2004 |
| 6,981,606 B2 * | 1/2006 | Yang et al. | 220/23.87 | NL | 6 908 550 | 12/1970 |
| 2003/0201267 A1 | 10/2003 | Yang et al. | | | | |
| 2004/0164077 A1 | 8/2004 | Kuo | | | | |

FOREIGN PATENT DOCUMENTS

| DE | 1283741 | 7/1966 |
|---|---|---|

* cited by examiner

Exhibit 4

-66-



FIG·1

Exhibit 4
-67-

**U.S. Patent**     Feb. 24, 2009     Sheet 2 of 4     US 7,494,021 B2



FIG. 2A

FIG. 2B

Exhibit 4
-68-

Case 2:09-cv-01373-DSF-AJW   Document 12   Filed 03/17/09   Page 72 of 75   Page ID #:187



FIG·3A

FIG·4A

Exhibit 4
-69-



FIG·3B

FIG·4B

Exhibit 4
-70-

US 7,494,021 B2

**1**

## TRASH CAN ASSEMBLY WITH MOTION DAMPER FOR LID

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to trash can assemblies, and in particular, to a trash can assembly that has a mechanism for slowing the closing motion of the lid.

2. Description of the Prior Art

A major concern for both the home and the workplace is containing and holding wastes, refuse, and trash until permanent disposal. Trash cans act as containers for holding trash and other wastes that are produced in any typical home or office. Trash and garbage cans often employ lids and covers to contain the trash and its associated odor, to hide the trash from view, and to prevent the trash from contaminating areas beyond the lid.

Conventional trash cans have been improved over the years to make them more user-friendly, sanitary, and hygienic. For example, many trash cans are now provided with a foot pedal positioned adjacent the base of the trash can so that a user can step on the foot pedal to open the lid of the trash can, thereby freeing up the user's hands to deposit trash, or to change the plastic liner or bag that is used to line the trash can. Other trash cans have even provided an interior metal or plastic liner that fits inside the trash can, and which can be removed to be washed. However, these conventional trash cans still suffer from a number of drawbacks.

For example, the foot pedals on some of the conventional trash cans are noisy to use. In particular, stepping on a foot pedal of a conventional trash can often result in a loud banging noise as the lid is forced open immediately, and releasing the step on the foot pedal will also result in another loud banging noise as the lid slams shut under the force of gravity and the weight of the lid. These banging actions also result in wear and tear to the contacting parts.

Thus, there remains a need for a trash can that overcomes the drawbacks identified above.

### SUMMARY OF THE DISCLOSURE

It is an object of the present invention to provide a trash can assembly that reduces noise and wear when the foot pedal is actuated to open and close the lid.

In order to accomplish the objects of the present invention, there is provided a trash can assembly that has an outer shell having an enclosing wall, a top end, and a bottom end. The assembly includes a pedal bar pivotably coupled to the bottom end, a lid pivotably coupled to the top end, and a lifting rod that extends vertically inside the outer shell, with the lifting rod coupling the lid and the rear end of the pedal bar. An air damper is provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front perspective view of a trash can assembly according to one embodiment of the present invention shown with the lid opened.

FIG. 2A is a rear perspective view of the link assembly of the trash can assembly of FIG. 1 with the lid closed.

FIG. 2B is a front perspective view of the link assembly of the trash can assembly of FIG. 1 with the lid completely opened.

**2**

FIG. 3A is a side plan view of the link assembly of the trash can assembly of FIG. 1 with the lid opened.

FIG. 3B is a side plan view of the link assembly of the trash can assembly of FIG. 1 with the lid closed.

FIG. 4A is a cross-sectional view of the pedal bar and damper housing of the trash can assembly of FIG. 1 when the lid is opened.

FIG. 4B is a cross-sectional view of the pedal bar and damper housing of the trash can assembly of FIG. 1 when the lid is closed.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following detailed description is of the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices and mechanisms are omitted so as to not obscure the description of the present invention with unnecessary detail.

FIGS. 1-4B illustrate one embodiment of a trash can assembly 20 according to the present invention. The assembly 20 has an outer shell 22 and an inner liner (not shown) that is adapted to be retained inside the outer shell 22. The outer shell 22 is supported on a base 52. An upper support frame 32 can be secured to the opened top of the outer shell 22, and can be provided in a separate material (e.g., plastic) from the outer shell 22.

The outer shell 22 can assume any configuration. As a non-limiting example, FIG. 1 illustrates the outer shell 22 as having a generally four-sided configuration with a rear wall 24, a front wall 26, and two side walls 25, 27. The inner liner can have the same, or different, shape as the outer shell 22. A lid 28 is pivotally connected to a top edge of the rear wall 24 via a shaft (not shown) that is retained inside a sleeve 32. The sleeve 32 extends along an inner edge 34 of the lid 28. The shaft has opposing ends that are pivotably secured to the upper support frame 30, so that the lid 28 can pivot about an axis defined by the shaft and its corresponding sleeve 32. Two L-shaped brackets 36 are provided on the bottom surface of the lid 28 at opposite sides of the lid 28 adjacent the sleeve 32. One leg of each bracket 36 is secured to the underside of the lid 28, and the other leg of each bracket 36 has an opening that is adapted to receive an upper hooked end 38 of a corresponding lifting rod 40. The outer shell 22 and its lid 28 can be made of a solid and stable material, such as a metal.

Referring now to FIGS. 2A-4B, a foot pedal 48 is secured to (or made in one piece with) a pedal bar 50 that is pivotably coupled to the base 52 (e.g., using a fulcrum rod, as is well known in the art) at a pivoting axis 54 that is located at about the center of the pedal bar 50. The pedal bar 50 can be made of a material (e.g., metal) that carries some weight, or can be made from a lightweight material (e.g., plastic). The front of the pedal bar 50 is connected to the foot pedal 48, and the length of the pedal bar 50 extends along the base 52, with the rear of the pedal bar 50 pivotably coupled to the lifting rods 40 that extend upwardly along the rear of the outer shell 22 to connect the lid 28. The hooked end 38 of each lifting rod 40 is provided at the top end of the corresponding lifting rod 40 for coupling to the corresponding bracket 36.

The pedal bar 50 and the lifting rods 40 operate to translate an up-down pivot motion of the pedal 48 to an up-down pivot motion for the lid 28. In particular, the pedal bar 50 can be pivoted between two positions, a first rest position as shown

Exhibit 4

-71-

US 7,494,021 B2

3

(where the lid **28** is closed) in FIGS. **2**A, **3**B and **4**B, where the foot pedal **48** at the front of the pedal bar **50** is at a vertically higher position than the rear of the pedal bar **50**, and a second open position (where the lid **28** is completely opened) as shown in FIGS. **2**B, **3**A and **4**A, where the foot pedal **48** is pressed to a vertically lower position than the rear of the pedal bar **50**. In the second opened position, the foot pedal **48** is pressed to cause the pedal bar **50** to pivot, causing the rear of the pedal bar **50** to be raised upwardly, thereby pushing the lifting rods **40** upwardly to cause the hooked end **38** to push the bracket **36** upwardly, which causes the lid **28** to open. When the foot pedal **48** is maintained in this second opened position, the hooked end **38** will continue to maintain the lid **28** in the opened position. When the force on the foot pedal **48** is removed, the combined forces from the eight of the lid **28** (if applicable), the weight of the pedal bar **50** (if applicable), and gravity, will push the lifting rods **40** downward, causing the pedal bar **50** to pivot to the first rest position. Unfortunately, these combined forces can be large enough to cause the lid **28** to slam shut very quickly. As a result, the present invention provides a mechanism for slowing this closing motion of the lid **28**, which focuses on slowing the downward motion of the rear of the pedal bar **50**.

Referring to FIGS. **1**-**4**B, a damper housing **60** is fixedly secured to the rear of the base **52** at about the center of the base **52**. An air piston **62** is housed inside the damper housing **60**, and is pivotally connected to the rear of the pedal bar **50**. The air piston **62** functions to dampen or slow the closing motion of the lid **28**.

Specifically, FIG. **4**A illustrates the position of the air piston **62** inside the damper housing **60** when the lid **28** is completely opened. Referring also to FIG. **3**A, in this opened position, the lifting rods **40** are raised by the bracket **36** and the lid **28**, so that the rear of the pedal bar **50** is also raised with respect to the foot pedal **48** at the front of the pedal bar **50**. When the rear of the pedal bar **50** is raised, the air piston **62** is pushed upwardly inside the damper housing **60** by the rear of the pedal bar **50** (see FIG. **4**A). As the force on the foot pedal **48** is released, the combined forces from the weight of the lid **28** (if applicable), the weight of the pedal bar **50** (if applicable), and gravity, will push the lifting rods **40** downwardly. As the lifting rods **40** move downwardly (see FIG. **3**B), the lifting rods **40** will push the rear of the pedal bar **50** downwardly, thereby pulling the air piston **62** downwardly within the damper housing **62** (see FIG. **4**B). However, the drum of the air piston **62** positioned inside the damper housing **62** will oppose the immediate downward motion of the rear of the pedal bar **50**, thereby slowing the downward motion of the lifting rods **40** and the lid **28**.

When a force is applied to the foot pedal **48**, the pedal bar **50** is pivoted again to cause the rear of the pedal bar **50** to be raised, thereby raising the lifting rods **40** and the lid **28** to the opened position shown in FIGS. **1**, **2**B, **3**A and **4**A. The air piston **62** is also pushed upwardly when the rear of the pedal bar **50** is raised, and does not apply any force to oppose its own upward motion inside the damper housing **60**.

4

Thus, the present invention provides an air dampening mechanism (i.e., air piston **62**) that slows the downward motion of the lifting rods **40**, thereby slowing the closing motion of the lid **28**. The structure of the air piston **62** is very simple, thereby reducing the cost of the trash can assembly while improving its performance and effectiveness.

The above detailed description is for the best presently contemplated modes of carrying out the invention. This description is not to be taken in a limiting sense, but is made merely for the purpose of illustrating general principles of embodiments of the invention. The scope of the invention is best defined by the appended claims. In certain instances, detailed descriptions of well-known devices, components, mechanisms and methods are omitted so as to not obscure the description of the present invention with unnecessary detail.

What is claimed is:

**1**. A trash can assembly, comprising:

an outer shell having an enclosing wall and a top end;

a base supporting the outer shell;

a pedal bar pivotably coupled to the base, the pedal bar having a rear end;

a lid pivotably coupled to the top end;

a lifting rod that extends vertically inside the outer shell, the lifting rod coupling the lid and the rear end of the pedal bar; and

an air damper provided inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar, the air damper comprising a housing mounted to the base.

**2**. The assembly of claim **1**, wherein the lifting rod has an upper hooked end that is pivotably coupled to the lid.

**3**. The assembly of claim **1**, wherein the air damper is positioned on top of the base.

**4**. The assembly of claim **1**, wherein the air damper is positioned above the rear end of the pedal bar.

**5**. A method of slowing the closing motion of a lid of a trash can assembly, comprising:

a. providing a trash can assembly having:

an outer shell having an enclosing wall and a top end;

a base supporting the outer shell;

a pedal bar pivotably coupled to the bottom end, the pedal bar having a rear end;

a lid pivotably coupled to the top end, and operably coupled to the rear end of the pedal bar;

an air damper inside the outer shell and coupled to the rear of the pedal bar for applying an opposing force against the downward motion of the rear of the pedal bar, the air damper comprising a housing mounted to the base; and

b. applying an opposing force against the downward motion of the rear of the pedal bar when the lid is being closed.

\*   \*   \*   \*   \*

Exhibit 4

-72-